DEBORAH M. SMITH
Acting United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-3224
daniel.cooper@usdoj.gov
Alaska Bar No. 8211109

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. |
| | ) | |
| Plaintiff, | ) | **VERIFIED COMPLAINT FOR** |
| | ) | **FORFEITURE** |
| v. | ) | |
| | ) | |
| ONE SILVER 2001 CADILLAC | ) | |
| DEVILLE, VIN | ) | |
| 1G6KD54Y31U182882, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW Plaintiff United States of America, by and through counsel, and respectfully states as follows:

I.

This is a civil action in rem brought to forfeit and condemn to the use and benefit of the United States of America the following property: ONE SILVER 2001 CADILLAC

DEVILLE, VIN 1G6KD54Y31U182882 ("Defendant Vehicle"), which vehicle is used, or intended for use, to transport, or in any manner to facilitate the transportation, sale, receipt, possession, or concealment of controlled substances, for violations of 21 U.S.C. §§ 841, et seq., and is therefore subject to civil forfeiture pursuant to 21 U.S.C. § 881(a)(4), and which constitutes a thing of value furnished or intended to be furnished in exchange for a controlled substance in violation of 21 U.S.C. § 841, and proceeds traceable to such an exchange, and is therefore subject to civil forfeiture pursuant to 21 U.S.C. § 881(a)(6).

II.

This Court has jurisdiction over this matter by virtue of 28 U.S.C. §§ 1345 and 1355, and 21 U.S.C. § 881(a)(4) and 21 U.S.C. § 881(a)(6). This is a forfeiture proceeding based upon violations of 21 U.S.C. §§ 841 and 881.

III.

On August 16, 2005, the Federal Grand Jury returned an Indictment against Byron Williams and Latonya Stuckey for drug conspiracy. On October 18, 2005, the Federal Grand Jury returned a First Superseding Indictment against Mr. Williams, Ms. Stuckey, and Kelvin Washington for drug conspiracy and maintaining a premises for the purpose of manufacturing, using, and distributing cocaine. Case No. 3:05-cr-076-RRB.

On October 21, 2005, during the course of surveillance prior to the above-referenced arrest of Mr. Washington, law enforcement observed the Defendant Vehicle bearing Washington license number 323TWX, which was registered to Byron Williams. The

Defendant Vehicle had also been present on August 13, 2005 at Mr. Williams' residence on East 9th Avenue, during the execution of a federal search warrant subsequent to Mr. Williams' arrest on that date.

On October 21, 2005, the Defendant Vehicle was seized by the Drug Enforcement Administration (DEA) subsequent to the arrest of Mr. Washington at his residence at 151 Sorcerer Court in Anchorage. Prior to seizure, the DEA case agent asked Mr. Washington's wife, Connie Marie Soares-Washington who owned the Defendant Vehicle. Soares-Washington replied that the agent already knew who owned it. The DEA case agent then inquired three times as to whether Soares-Washington owned or had an interest in the Defendant Vehicle, to which Soares-Washington replied she did not. Soares-Washington turned the keys over to the case agent after she removed several documents, approximately $503.00 in U.S. currency, and other miscellaneous items from the Defendant Vehicle.

After transporting the Defendant Vehicle to the DEA Anchorage District Office on October 21, 2005, Anchorage Police Department (APD) drug detection canine indicated positive for the presence of the odor of a controlled substance in the front passenger side floorboard area.

IV.

On October 27, 2005, law enforcement conducted an inventory search of the Defendant Vehicle. Law enforcement observed what appeared to be cocaine residue inside the center console/armrest. This residue field tested positive for the presence of a controlled

substance. Law enforcement recovered a small amount of the suspected cocaine residue from the same location inside the Defendant Vehicle, which was sent to the Western Laboratory for analysis and storage. The Defendant Vehicle is now in the custody of the United States Marshals Service pending forfeiture proceedings.

V.

On November 28, 2005, DEA sent timely notice of the seizure and forfeiture proceedings concerning the Defendant Vehicle to the following: John W. Abbott (counsel for Byron Williams); Byron Williams at 1806 Laura Circle, Anchorage, AK 99508; Byron Williams at the Anchorage Correctional Complex, 1300 East 4th Avenue, Anchorage, AK 99501; and Connie Marie Soares-Washington at 151 Sorcerer Court, Anchorage, AK 99518-3068.

VI.

On December 12, 2005, DEA published notice of the seizure and forfeiture proceedings concerning the Defendant Vehicle in the Wall Street Journal.

VII.

On December 22, 2005, DEA received a claim of ownership of the Defendant Vehicle filed by Mr. Williams via his counsel, John W. Abbott[1]. Attached Exhibit 1.

---

[1] On February 22, 2006, John W. Abbott sent a letter informing the undersigned that he had withdrawn as Mr. Williams' counsel of record due to inoperable throat cancer requiring immediate and debilitating treatment. Mr. Abbott suggested that the government refer to Mr. Williams' criminal attorney, Scott D. Dattan, concerning this forfeiture matter.

## VIII.

The Defendant Vehicle constitutes a vehicle used, or intended for use, to transport, or in any manner to facilitate the transportation, sale, receipt, possession, or concealment of controlled substances, for violations of 21 U.S.C. §§ 841, et seq., and is therefore subject to civil forfeiture pursuant to 21 U.S.C. § 881(a)(4), and constitutes a thing of value furnished or intended to be furnished in exchange for a controlled substance in violation of 21 U.S.C. § 841, and proceeds traceable to such an exchange, and is therefore subject to civil forfeiture pursuant to 21 U.S.C. § 881(a)(6).

WHEREFORE, Plaintiff United States of America prays that:

1. A Warrant In Rem issue for the arrest of the Defendant, ONE SILVER 2001 CADILLAC DEVILLE, VIN 1G6KD54Y31U182882;

2. That due notice be given to all parties to appear and show cause why the forfeiture should not be decreed;

3. That judgment be entered declaring the Defendant, ONE SILVER 2001 CADILLAC DEVILLE, VIN 1G6KD54Y31U182882, forfeited to the United States of America for disposition according to law; and

4. That the United States of America be granted such other relief as this Court

may deem just and proper, together with the costs and disbursements of this action.

DATED this 21st day of March, 2006 in Anchorage, Alaska.

>DEBORAH M. SMITH
>Acting United States Attorney
>
>*/s/ Daniel R. Cooper, Jr.*
>
>DANIEL R. COOPER, JR.
>Assistant U.S. Attorney
>222 W. 7th Avenue, #9, Room 253
>Anchorage, AK 99513-7567
>Phone: (907) 271-3376
>Fax: (907) 271-3224
>Email: daniel.cooper@usdoj.gov
>Alaska Bar No. 8211109

## VERIFICATION

I have read the contents of the foregoing Complaint for Forfeiture, and the exhibit thereto, and the statements contained therein are true to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on this 21st day of March, 2006 in Anchorage, Alaska.

_____
DANIEL R. COOPER, JR.
Assistant U.S. Attorney

SUBSCRIBED AND SWORN to before me on this 21st day of March, 2006 in Anchorage, Alaska.

_____
NOTARY PUBLIC, State of Alaska
My commission expires 10/26/2007

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of March, 2006, a true and correct copy of the foregoing VERIFIED COMPLAINT FOR FORFEITURE was served via Certified U.S. Mail, Return Receipt Requested, on:

SCOTT D. DATTAN  (Counsel for Byron Williams)
Attorney At Law
2600 Denali Street, Suite 460
Anchorage, AK 99503

BYRON WILLIAMS
Anchorage Correctional Complex East
1400 East 4th Avenue
Anchorage, AK 99501

CONNIE MARIE SOARES-WASHINGTON
151 Sorcerer Court
Anchorage, AK 99518-3068

_Katherine Vote_
Office of the U.S. Attorney