**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

<u>UNITED STATES OF AMERICA</u>   v.   <u>ONE SILVER 2001 CADILLAC DEVILLE, VIN 1G6KD54Y31U182882</u>

THE HONORABLE Ralph R. Beistline

DEPUTY CLERK                              CASE NO. <u>3:06-cv-00061 RRB</u>

<u>Shari Fuhrer</u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    DATE: March 21, 2006

---

The above-referenced case is referred to Magistrate Judge <u>Roberts</u> for disposition or findings and recommendations as appropriate pursuant to D.Ak.LMR 4:

| | | |
|---|---|---|
| ___ | (1) | Administrative Inspection warrants; |
| ___ | (2) | Matters relating to nonpayment of seaman's wages; |
| ___ | (3) | Habeas Corpus petitions initiated under 28 U.S.C. § 2254; |
| ___ | (4) | Motions Attacking Sentence under 28 U.S.C. § 2255; |
| ___ | (5) | Preferred ship mortgage foreclosures; |
| <u>XXX</u> | (6) | Matters relating to the arrest, seizure or release of vessels and other property under the Supplemental Rules for Certain Admiralty and Maritime Claims; |
| <u>    </u> | (7) | Matters relating to the enforcement of administrative subpoenas. |

Revised 1/28/05