DEBORAH M. SMITH
Acting United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-3224
daniel.cooper@usdoj.gov
Alaska Bar No. 8211109

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. |
| | ) | |
| Plaintiff, | ) | **REQUEST FOR JUDICIAL** |
| | ) | **ISSUANCE OF IN REM WARRANT** |
| v. | ) | **OF ARREST** |
| | ) | |
| ONE SILVER 2001 CADILLAC | ) | |
| DEVILLE, VIN | ) | |
| 1G6KD54Y31U182882, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW Plaintiff United States of America, by and through counsel, and pursuant to Rule C(3) of Certain Admiralty and Maritime Claims and Federal Rules of Civil Procedure and the Verified Complaint for Forfeiture filed contemporaneously herewith, requests judicial issuance of an in rem warrant of arrest for the Defendant property described

as ONE SILVER 2001 CADILLAC DEVILLE, VIN 1G6KD54Y41U149440

DATED this 21st day of March, 2006 in Anchorage, Alaska.

> DEBORAH M. SMITH
> Acting United States Attorney
>
> s/Daniel R. Cooper, Jr.
> DANIEL R. COOPER, JR.
> Assistant U.S. Attorney
> 222 W. 7th Avenue, #9, Room 253
> Anchorage, AK 99513-7567
> Phone: (907) 271-3376
> Fax: (907) 271-3224
> Email: daniel.cooper@usdoj.gov
> Alaska Bar No. 8211109

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a true and correct copy of the foregoing REQUEST FOR JUDICIAL ISSUANCE OF IN REM WARRANT OF ARREST was sent via U.S. Certified Mail, Return Receipt Requested, this 21st day of March, 2006, to:

SCOTT D. DATTAN  (Counsel for Byron Williams)
Attorney At Law
2600 Denali Street, Suite 460
Anchorage, AK 99503

BYRON WILLIAMS
Anchorage Correctional Complex East
1400 East 4th Avenue
Anchorage, AK 99501

CONNIE MARIE SOARES-WASHINGTON
151 Sorcerer Court
Anchorage, AK 99518-3068

s/Daniel R. Cooper, Jr.