LAW OFFICES OF D. SCOTT DATTAN
2600 Denali Street, Suite 460
Anchorage, Alaska 99503
Phone: (907) 276-8008
Fax: (907) 278-8571

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| ONE SILVER 2001 CADILLAC DEVILLE, VIN 1G6KD54Y31U182882, | ) ) ) ) |
| Defendant. | ) ) |

Case No. 3:06-cv-0061-RRB

### ENTRY OF APPEARANCE

The LAW OFFICES OF D. SCOTT DATTAN hereby enters its appearance on behalf of Byron Williams. Counsel, having entered an appearance in this matter, requests that copies of all pleadings, filings and orders be sent to the undersigned at the address listed above.

Dated at Anchorage, Alaska this 5th day of April, 2006

s/D. Scott Dattan
Attorney for Defendant, Byron Williams
2600 Denali Street, Suite 460
Anchorage, Alaska 99503
Phone: 907-276-8008
E-Mail: dattan@alaska.net

CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2006,
a copy of foregoing ENTRY OF APPEARANCE
was served electronically on:

Daniel R. Cooper
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK  99513

s/D.Scott Dattan