LAW OFFICES OF D. SCOTT DATTAN
2600 Denali Street, Suite 460
Anchorage, Alaska 99503
Phone: (907) 276-8008
Fax: (907) 278-8571

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) |
| ONE SILVER 2001 CADILLAC DEVILLE, VIN 1G6KD54Y31U182882, | ) ) ) ) |
| Defendant. | ) ) Case No. 3:06-cv-0061-RRB |

**BYRON WILLIAMS'**
**ANSWER TO COMPLAINT FOR FORFEITURE**

Byron Williams, owner of the vehicle which is the subject of this action, by and through his attorney D. Scott Dattan, answers the complaint as follows:

1. Mr. Williams' denies that the subject vehicle was used or intended for use to transport, sell or conceal controlled substances. He therefore denies that it is subject to forfeiture pursuant to 21 USC 881 (a)(4).

2. Mr. Williams concedes this court's jurisdiction.

3. Mr. Williams admits the allegations that indictments naming him as a defendant were brought. He relies on the presumption that he is innocent until proven guilty beyond a reasonable doubt. Mr. Williams lacks any knowledge concerning the "observations" of

"law enforcement" and therefore denies such allegations. He admits that his vehicle was parked at his residence at the time of his arrest.

Mr. Williams was not present at the time the vehicle was seized, due to his prior arrest. He is therefore unable to admit or deny the allegations concerning the seizure and/or transportation of his vehicle.

4. Mr. Williams was not present during the "inventory search" of his vehicle; he has no knowledge concerning the results thereof. If, however, the vehicle indeed tested "positive for the presence of controlled substance" as alleged in the complaint, such controlled substances were put there by person or persons unknown to Mr. Williams after his arrest and prior to the seizure of his vehicle. He denies any knowledge of, transportation of, and use of controlled substances with respect to his vehicle.

5. Mr. Williams admits that notice was sent to John Abbott; he does not know whether or not it was "timely".

6. Mr. Williams has no information regarding publication concerning this proceeding in the Wall Street Journal and therefore denies same.

7. Mr. Williams agrees that his claim of ownership of this vehicle is stated in Exhibit 1 to the complaint. He has no knowledge concerning when it was received by DEA.

8. Mr. Williams denies that his vehicle was "used or intended for use, to transport, or in any manner to facilitate the transportation, sale, receipt, possession or concealment of controlled substances …" as alleged in the complaint. He therefore denies that the vehicle is subject to civil forfeiture.

WHEREFORE, Mr. Williams prays for judgment as follows:

1. That Plaintiff's complaint be dismissed, with prejudice;

2. That the subject vehicle be released to Mr. Williams or his designated agents;

3. That Mr. Williams be reimbursed for all costs and fees associated with defending this action;

4. For such other and further relief as may be just and equitable.


Dated at Anchorage, Alaska this 5th day of April, 2006

s/D. Scott Dattan
Attorney for Defendant, Byron Williams
2600 Denali Street, Suite 460
Anchorage, Alaska  99503
Phone:  907-276-8008
E-Mail:  dattan@alaska.net


CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2006,
a copy of foregoing ENTRY OF APPEARANCE
was served electronically on:

Daniel R. Cooper
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK  99513

s/D.Scott Dattan