Carmen E. Clark, Attorney
ABA No. 8811178
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: carmen@impc-law.com

Attorneys for Connie Marie Soares

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. 3:06-cv-061-RRB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ENTRY OF APPEARANCE** |
| | ) | |
| ONE SILVER 2001 CADILLAC DEVILLE, VIN 1G6KD54Y31U182882, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

Comes now Carmen E. Clark, and enters her appearance of record on behalf of Connie Marie Soares in the above-captioned matter, and requests that future copies of all correspondence and pleadings be served upon her at

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Cadillac
No. 3:06-cv-061-RRB
Entry

Page 1 of 2

Ingaldson, Maassen & Fitzgerald, P.C., 813 West Third Avenue, Anchorage, Alaska 99501.

Dated at Anchorage, Alaska May 1, 2006.

INGALDSON, MAASSEN &
FITZGERALD, P.C.
Attorneys for
Connie Marie Soares

s/Carmen E. Clark
ABA No. 8811178
813 West Third Avenue
Anchorage, AK  99501
Fax: (907) 258-8751
E-mail: carmen@impc-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on 5/1/06,
a copy of the foregoing Entry
was served electronically on:

Daniel R. Cooper, Jr., AUSA
D. Scott Dattan, Esquire

s/ Carmen E. Clark
F:\W\2113-1\Pleading\Entry.doc

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Cadillac
No. 3:06-cv-061-RRB
Entry