Carmen E. Clark, Attorney
ABA No. 8811178
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: carmen@impc-law.com

Attorneys for Connie Marie Soares

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 3:06-cv-061-RRB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ANSWER TO COMPLAINT** |
| | ) | |
| ONE SILVER 2001 CADILLAC | ) | |
| DEVILLE, VIN | ) | |
| 1G6KD54Y31U182882, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Comes now Connie Marie Soares, owner of the motor vehicle which is the subject of this action, by and through counsel, Ingaldson, Maassen & Fitzgerald, P.C., and answers the complaint as follows:

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Cadillac
No. 3:06-cv-061-RRB
Answer

I.

Ms. Soares is not a party to any criminal lawsuit in which the subject vehicle was purported to be used, or intended for use, to transport, or in any manner to facilitate the transportation, sale, receipt, possession, or concealment of controlled substances. She is without information regarding such and therefore denies that the motor vehicle was used or intended for use to transport, sell, or conceal controlled substances. She also denies that it is subject to forfeiture.

II.

Ms. Soares concedes jurisdiction.

III.

Ms. Soares is aware that charges were brought against Mr. Williams. Ms. Soares lacks any knowledge concerning the police observation or investigation, and therefore denies such allegations.

Ms. Soares admits the motor vehicle was present at Mr. Williams' residence on August 13, 2005, when federal agents conducted a search. Ms. Soares asserts the agents did not seize the motor vehicle on that date. Ms. Soares further admits the motor vehicle was present at and seized from her residence on October 21, 2005. She admits she

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Cadillac
No. 3:06-cv-061-RRB
Answer

gave the keys to the DEA officers and removed personal items from the motor vehicle, which she planned to drive to work. She admits that she told the agent when asked that he already knew the identity of the registered owner of the motor vehicle. She denies the remainder of the asserted conversation.

Ms. Soares is without information as to what happened after the vehicle was seized from her residence, and therefore is unable to admit or deny the results of any canine search.

IV.

Ms. Soares is without information regarding the information asserted, and therefore cannot admit or deny the contents of paragraph IV.

V.

Ms. Soares is without information regarding the information asserted, and therefore cannot admit or deny the contents of paragraph V.

VI.

Ms. Soares is without information regarding the information asserted, and therefore cannot admit or deny the contents of paragraph VI.

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Cadillac
No. 3:06-cv-061-RRB
Answer

VII.

Ms. Soares is without information regarding the information asserted, and therefore cannot admit or deny the contents of paragraph VII.

VIII.

Ms. Soares is without information regarding the information asserted, and therefore cannot admit or deny the contents of paragraph VIII.  Ms. Soares further asserts, however, that as a good faith owner or lienholder her interest in the motor vehicle is not subject to forfeiture.

WHEREFORE, Soares prays that:

1.   The Warrant *In Rem* issue from the arrest of the defendant, ONE SILVER 2001 CADILLAC DEVILLE, VIN 1G6KD54Y31U182882, be quashed.

2.   That she be granted an opportunity to be heard.

3.   That judgment be entered declaring the defendant motor vehicle ONE SILVER CADILLAC be returned to her.

4.   That she be granted such other relief as this court may deem just and proper.

Dated at Anchorage, Alaska May 1, 2006.

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Cadillac
No. 3:06-cv-061-RRB
Answer

Page 4 of 5

INGALDSON, MAASSEN &
FITZGERALD, P.C.
Attorneys for
Connie Marie Soares


s/Carmen E. Clark
ABA No. 8811178
813 West Third Avenue
Anchorage, AK  99501
Fax: (907) 258-8751
E-mail:
carmen@impc-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on 5/1/06,
a copy of the foregoing Answer
was served electronically on:

Daniel R. Cooper, Jr., AUSA
D. Scott Dattan, Esquire

s/ Carmen E. Clark
F:\W\2113-1\Pleading\Soares Answer.doc

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Cadillac
No. 3:06-cv-061-RRB
Answer

Page 5 of 5