## SPECIAL POWER OF ATTORNEY

KNOW ALL PERSONS BY THESE PRESENTS: that BYRON WILLIAMS, residing at Anchorage, Alaska, has made, constituted and appointed, and by these presents does make, constitute and appoint CONNIE MARIE WASHINGTON f/n/a CONNIE MARIE SOARES of Anchorage, Alaska, his true and lawful attorney for him and in his name, place and stead, and for his use and benefit to do: any and all things or acts that could be done by BYRON WILLIAMS in connection with the below-described transactions, including, but not limited to executing any and all documents of any nature dealing with the transaction.

> The sale of any and all motor vehicles registered to him or which he has a legal interest in as well as any and all personal property owned by him.

Giving and Granting unto his said attorney full power and authority to do and perform all and every act and thing whatsoever requisite and necessary to the execution of the powers herein granted, as fully to all intents and purposes as he might or could do if personally present, BYRON WILLIAMS hereby ratifying and confirming all that his said attorney, CONNIE MARIE WASHINGTON f/n/a CONNIE MARIE SOARES shall lawfully do or cause to be done by virtue of these presents. This Power of Attorney shall continue in full force and effect until revoked by subsequent writing on or after October 1, 2006, at which time said Power of Attorney shall become null and void.

IN WITNESS WHEREOF, I have hereunto set my hand on October 17, 2005.

*Byron Williams*
BYRON WILLIAMS

STATE OF ALASKA        )
                       )SS.
THIRD JUDICIAL DISTRICT )

THIS IS TO CERTIFY that on this October 17, 2005, before me the undersigned, a Notary Public in and for the State of Alaska, duly commissioned and sworn, personally appeared BYRON WILLIAMS, to me known to be the person described in and who executed the above and foregoing instrument, and acknowledged to me that (he)(she) signed the same freely and voluntarily for the uses and purposes therein mentioned.

WITNESS my hand and official seal the day and year in this certificate first above written.

*John W. Abbott*
Notary Public in and for Alaska
My Commission Expires: 10/31/06

Exhibit 1
Page 1 of 1 Pages

State of Alaska
**NOTARY PUBLIC**
John W. Abbott
My Commission Expires _____