Affidavit of Loss Title
Duplicate Title

Year – 2001
Make – Cadillac Deville DHS
Body – 4 Door
Color - Burgundy
Vin. - 1G6KE57Y21U136601

Registered Owner – Mr. Byron Williams

To whom it may concern;

This letter is to inform you that I have had my vehicle shipped up to Anchorage, Alaska from Seattle port per barge, during the transfer of my paper work, some how my registration & title, and the inventory of shipment were loss.

I have tried to render this situation with the D.M.V. here in Alaska but have had no luck, My vehicle is ~~[redacted]~~, it häs been a nightmare for me because Alaska is so far away and it would take 4 – 6 weeks before Alaska could do anything, please if there is anything you could do to assist me in receiving a duplicate of my title I would be able to get it registered here in Alaska.

I would not be able to drive my vehicle without the proper plates and insurance, so please if you would please send me the original title so I could resolve this problem.

Enclosed are the proper fee needed to pay for the duplicate, also I enclosed a self pre pay envelope for a speedy return.

Again thank you for your time and your assistance,

Sincerely;

Mr. Byron Williams

(907) 884-7515

RECEIVED
DEC 0 1 2005
TITLE & REG. CONTROL
VEHICLE SERVICES

---

**UNITED STATES POSTAL SERVICE® POSTAL MONEY ORDER** 15-800 / 000

| SERIAL NUMBER | YEAR, MONTH, DAY | POST OFFICE | U.S. DOLLARS AND CENTS |
|---|---|---|---|
| 08867181936 | 2005-11-26 | 995020 | $10.00¢ |

AMOUNT: TEN DOLLARS & 00¢************************

PAY TO: State of Washington
ADDRESS: Dep. of Licensing, Olympia, WA.
FROM: Byron Williams
ADDRESS: Anch, AK. 99518
CLERK: 003

⑆000000800⑆ 08867181936⑈

Exhibit 2 Page 1 of 1 Pages