Title & Registration Svcs
County 40 Unit
PO Box 9909
Olympia WA  98507-8500



STATE OF WASHINGTON

## DEPARTMENT OF LICENSING

December 15, 2005

BYRON WILLIAMS
151 SORCERER CT
ANCHORAGE AK  99518-3068

Subject: License Plate(s):  876TUS/6601

Applicant:    SAME AS ABOVE

Dear Customer:

We were unable to process the transaction(s) recently requested and are returning your documents to you.  Please refer to the attached checklist for specific instructions on what is needed.

To complete the transaction(s), return the original documents, correct fees, and the **items on the enclosed Required Documents List** to our address shown above or to any vehicle licensing office.

To locate an office near you, visit our website at www.dol.wa.gov. Look for "Online Services", and then click on "Vehicle License Offices".  You can also renew your vehicle or vessel tabs online using a Visa or MasterCard.

**NOTE:**  Fee quotes are provided with the information that is given to us at the time of your inquiry and are subject to change.

All documents requiring notarization must have an **original** notary signature and stamp, or seal.

For assistance or further information, please contact us at (360) 902-3800.

JANICE:SL
Enclosure(s):
Check No. 08867181936mo. Returning Documents: old letter, affidavit of loss release of interest, address verification-exception, address verification change. Additional Documents: release of interest/power of attorney, affidavit of loss release of interest.

TD-420-903 (R/11/05)IS/E    The Department of Licensing has a policy of providing equal access to its services. This correspondence is available in alternate format. If you need special accommodation, please call (360) 902-3600 or TDD (360) 664-8885.

Exhibit 3
Page 1 of 7 Pages



**Required Documents List**
Title & Registration Services

Date: December 15, 2005

LSR: JANICE EZUNU

Customer: BYRON WILLIAMS

Street Address: 151 SORCERER CT
City, State, Zip: ANCHORAGE AK 99518-3068

Applicant: SAME AS ABOVE

Plate/Vin: 876TUS/6601

### Return this list with the documents you submitted and:

- A **notarized** Affidavit of Loss properly completed and signed by Byron Williams.

OR

- **An original notarized Power of Attorney from Byron Williams.**
  To properly sign by Power of Attorney:
  1. Print or sign the name(s) of the person or business granting power of attorney "by"
  2. Sign your name adding "POA" after your signature, (If signing for a business, include your job title and company name),
  3. Notarize the signature of the Power of Attorney.

In the signature area sign it like this:
    John Q. Public by *Jane C. Doe*  POA

*Note: The Department of Licensing is unable to except the affidavit of loss submitted because the notary has to witness Byron's signature if he is completing the statement of loss or a power of attorney must be provided to accept the statement loss completed by poa.*

To assist us in contacting you, please provide a daytime phone number (   )_____

NOTE: Fee quotes are provided with the information that is given to us at the time of your inquiry and are subject to change.

All documents requiring notarization must have an **original** notary signature and stamp, or seal.

The Department of Licensing has a policy of providing equal access to its services.
If you need special accommodation, please call (360) 902-3770 #2 or TTY (360) 664-8885.



Exhibit 3
Page 2 of 7 Pages



**STATE OF WASHINGTON Department of Licensing**

# CERTIFICATE OF FACT FOR ADDRESS VERIFICATION - EXCEPTION

**This form will only be accepted if accompanied by a completed *Vehicle Certificate of Ownership Application*, TD-420-001.**

The mailing address provided on the Vehicle Certificate of Ownership Application form, TD-420-001, is my current address and has been given to the department because I meet one of the following exceptions.

## EXCEPTIONS Per WAC 308-56A-030 or policy

☐ I am not required to provide my **Washington State primary residence street address** because I meet one of the following exceptions:
- Overseas Military APO/FPO address; or
- USPS mail delivery is not available at my **Washington State primary residence street address** (if an individual) or **Washington State principal place of business street address** (if a business).

☐ I am active duty military and my home of record is Washington State, however, I am currently stationed in another state or jurisdiction as provided above; or

☒ I am not a Washington resident, but need a valid certificate of ownership (title) to obtain a title in my resident state/jurisdiction as provided above, OR my vehicle MUST be registered in Washington State.

**I declare under penalty of perjury under the laws of the State of Washington that the information I have provided on this form is true and correct.**

| REGISTERED OWNER SIGNATURE | DATE | PLACE SIGNED (Such as City or County) |
|---|---|---|
| x Byron Williams | 11/05/05 | Anchorage, AK 99518 |

TD-420-004 ADDRESS VERIFICATION - EXCEPTION (N/1/05)OR

*The Department of Licensing has a policy of providing equal access to its services. If you need special accommodation, please call (360) 902-3600 or TTY (360) 664-8885.*

---

TO FACILITATE PROCESSING, PLEASE CUT ALONG THIS LINE BEFORE SUBMITTING FORM

Exhibit 3
Page 3 of 7 Pages



**STATE OF WASHINGTON Department of Licensing**

## CERTIFICATE OF FACT FOR ADDRESS VERIFICATION CHANGE FOR VEHICLE / VESSEL / DISABLED PARKING

Please check which record you are updating and fill in appropriate vehicle, vessel or disabled parking privilege information

☐ VEHICLE RECORD (Washington primary residence street address or Washington principal place of business street address and declaration required) IF NOT A WASHINGTON RESIDENT, SEE EXCEPTION BELOW. Form must still be completed.

☒ VESSEL RECORD (Change of address only)

☐ DISABLED PARKING PRIVILEGE RECORD (Change of address only)

| Vehicle Plate or Vessel Decal Number | Year & Make | Vehicle or Hull Identification Number (VIN/HIN) |
|---|---|---|
| 876 TUS | 2001 Cadillac | 1G6KE57421U136001 |

| Disabled Parking License Plate / Placard Number (IF APPLICABLE) | Disabled Parking Placard Number (IF APPLICABLE) |
|---|---|
| | |

**Complete Name and Address:**

| Last Name or Business Name of Registered Owner | First Name | Middle Initial |
|---|---|---|
| Williams | Byron | |

| Address (WASHINGTON RESIDENCE STREET ADDRESS or PRINCIPAL PLACE OF BUSINESS STREET ADDRESS required for Vehicle Record ONLY) |
|---|
| 151 Sorcerer Crt. |

| City | State | Zip |
|---|---|---|
| Anchorage | Alaska | 99518 |

| Mailing Address or Exception Address |
|---|
| Same as above |

| City | State | Zip |
|---|---|---|
| | | |

### EXCEPTIONS Per WAC 308-56A-030 or policy

☐ I am not required to provide my **Washington State primary residence street address** because I meet one of the following exceptions:
- Overseas Military APO/FPO address; or
- USPS mail delivery is not available at my **Washington State primary residence street address** (if an individual) or **Washington State principal place of business street address** (if a business).

☐ I am active duty military and my home of record is Washington State, however, I am currently stationed in another state or jurisdiction as provided above; or

☒ I am not a Washington resident, but need a valid certificate of ownership (title) to obtain a title in my resident state/jurisdiction as provided above, OR my vehicle MUST be registered in Washington State.

Signature required ONLY for vehicle record update

I declare under penalty of perjury under the laws of the State of Washington that the information I have provided on this form is true and correct.

| REGISTERED OWNER SIGNATURE | DATE | PLACE SIGNED (Such as City or County) |
|---|---|---|
| Byron Williams | 11/08/05 | Anchorage AK 99518 |

TD-420-046 ADDRESS VERIFICATION (R/1/05)OR

The Department of Licensing has a policy of providing equal access to its services. If you need special accommodation, please call (360) 902-3600 or TTY (360) 664-8885.

Exhibit __3__
Page __4__ of __7__ Pages


**STATE OF WASHINGTON**
**Department of Licensing**

# RELEASE OF INTEREST / POWER OF ATTORNEY

| VEHICLE PLATE/VESSEL REG. NO. | VEHICLE OR HULL IDENTIFICATION NUMBER (VIN OR HIN) | | |
|---|---|---|---|
| YEAR | MAKE | SERIES/BODY TYPE | TITLE NUMBER |

## RELEASE OF INTEREST

### LIENHOLDER'S RELEASE OF INTEREST — REQUIRES NOTARIZATION/CERTIFICATION, UNLESS A BUSINESS ENTITY

*MUST BE ACCOMPANIED BY CERTIFICATE OF TITLE OR COMPLETED, NOTARIZED/CERTIFIED AFFIDAVIT OF LOSS OF TITLE, FORM TD-420-040.*

I (We) release all interest in the above described vehicle/vessel.

| TYPE OR PRINT LIENHOLDER NAME / BUSINESS / COMPANY | SIGNATURE OF PERSON RELEASING INTEREST | TITLE FOR BUSINESS / COMPANY |
|---|---|---|
| TYPE OR PRINT LIENHOLDER NAME / BUSINESS / COMPANY | SIGNATURE OF PERSON RELEASING INTEREST | TITLE FOR BUSINESS / COMPANY |

### REGISTERED OWNER'S RELEASE OF INTEREST — REQUIRES NOTARIZATION/CERTIFICATION

I (We) release all interest in the above described vehicle/vessel.

| TYPE OR PRINT NAME OF REGISTERED OWNER | SIGNATURE OF REGISTERED OWNER |
|---|---|
| TYPE OR PRINT NAME OF REGISTERED OWNER | SIGNATURE OF REGISTERED OWNER |

**NOTARIZATION / CERTIFICATION**

NOTARY SEAL OR STAMP

State of Washington
County of _____

Signed or attested before me on _____

by _____
   Printed Name of Person Signing Document

Signature _____
          Notary / Agent Signature

Notary's Name **(PRINTED or STAMPED)** _____

Title _____
     Notary / Agent

AND: Dealer No. **OR** _____
     County / Office No. **OR** _____
     Notary Expiration Date

## POWER OF ATTORNEY — REQUIRES NOTARIZATION/CERTIFICATION

TO: THE DEPARTMENT OF LICENSING
    Title & Registration Services
    Olympia, Washington
    And To Whom It May Concern:

I appoint _____ to act as my attorney-in-fact to sign all papers and documents that may be necessary in order to secure, or release, Washington title and/or registration for the vehicle/vessel described above. I agree to guarantee and save the State of Washington, and the Director of Licensing, from all responsibility for any legal action which might arise from the issuance of a Washington certificate of title and/or registration for this vehicle/vessel.

| TYPE OR PRINT NAME OF PERSON GRANTING POWER OF ATTORNEY | SIGNATURE OF PERSON GRANTING POWER OF ATTORNEY | * DOL CUSTOMER ACCOUNT NUMBER |
|---|---|---|
| TYPE OR PRINT NAME OF PERSON GRANTING POWER OF ATTORNEY | SIGNATURE OF PERSON GRANTING POWER OF ATTORNEY | * DOL CUSTOMER ACCOUNT NUMBER |

**NOTARIZATION / CERTIFICATION**

NOTARY SEAL OR STAMP

State of Washington
County of _____

Signed or attested before me on _____

by _____
   Printed Name of Person Signing Document

Signature _____
          Notary / Agent Signature

Notary's Name **(PRINTED or STAMPED)** _____

Title _____
     Notary / Agent

AND: Dealer No. **OR** _____
     County / Office No. **OR** _____
     Notary Expiration Date

* The **DOL CUSTOMER ACCOUNT NUMBER** is found on the Washington Driver's License or Identification Card (12 characters), or if the owner is a business, it will be the UBI number found on the business Registration and License Document (9 digits).

Exhibit 3

TD-420-050 ROI/POA (R/10/00) OR / W   Page 5 of 7 Pages

*The Department of Licensing has a policy of providing equal access to its services. If you need special accomodation, please call (360) 902-3600 or TTY (360) 664-8885.*

**STATE OF WASHINGTON
Department of
Licensing**

# AFFIDAVIT OF LOSS RELEASE OF INTEREST

| LICENSE/REGISTRATION NUMBER | YEAR | MAKE | SERIES AND BODY |
|---|---|---|---|
| VEHICLE IDENTIFICATION NUMBER (VIN) OR VESSEL HULL IDENTIFICATION NUMBER (HIN) | | | TITLE NUMBER |

**Any person who knowingly makes a false statement of a material fact shall be guilty of a felony. Upon conviction they shall be punished by a fine of up to $5,000 and/or imprisonment for up to ten years. (RCW 46.12.210)**

**LOSS**

By my signature I swear and say that the (CHECK THE APPLICABLE BOX)

☐ TITLE      ☐ REGISTRATION      ☐ TAB      ☐ DECAL

issued to me, is not now in my possession because it was (CHECK THE APPLICABLE BOX)

☐ LOST      ☐ STOLEN      ☐ DESTROYED      ☐ MUTILATED

X _____
Signature        Printed Name (Position, if signing for business or organization)        DOL Customer Account Number ★

**NOTARIZATION/CERTIFICATION**

NOTARY SEAL OR STAMP

State of Washington
County of _____

Signed or attested
before me on _____

by _____
Printed Name of Person Signing Document

Signature _____
Notary/Agent Signature

Notary's Name **(PRINTED or STAMPED)** _____

Title _____
Notary/Agent

Dealer No. **OR**
**AND:** County/Office No. **OR**
Notary Expiration Date

**RELEASE**

By my signature I release my interest as Legal Owner of the vehicle/vessel described above.
(**NOTE:** This Release of Interest must be signed by **ALL** Legal Owner(s), **with signatures notarized**; use additional forms if necessary.)

X _____
Signature of person releasing interest    Printed Name (Position, if signing for business or organization)    DOL Customer Account Number ★

X _____
Signature of person releasing interest    Printed Name (Position, if signing for business or organization)    DOL Customer Account Number ★

**NOTE:** A Vehicle Odometer Disclosure (Form TD-420-006) is required when transferring a vehicle that is nine (9) years old or newer, unless otherwise exempt. The new owner **MUST** apply for title within 15 days. Failure to do so will result in monetary penalty assessment.

**GROSS WEIGHT LICENSE**

(**AGENT:** You must verify gross weight license. Your signature certifies that the information was verified.)
I authorize this Gross Weight License to be transferred to the new owner and remain with the vehicle described above:

X _____
Signature        Printed Name (Position, if signing for business or organization)        DOL Customer Account Number ★

**NOTARIZATION/CERTIFICATION**

NOTARY SEAL OR STAMP

State of Washington
County of _____

Signed or attested
before me on _____

by _____
Printed Name of Person Signing Document

Signature _____
Notary/Agent Signature

Notary's Name **(PRINTED or STAMPED)** _____

Title _____
Notary/Agent

Dealer No. **OR**
**AND:** County/Office No. **OR**
Notary Expiration Date

★ The **DOL CUSTOMER ACCOUNT NUMBER** is found on the Washington Driver's License or Identification Card (12 digits) - or if the owner is a business or organization, is the UBI number found on the Master Business License or Business License and Registration Certificate (9 digits).

Exhibit 3
Page 6 of 7 Pages

The Department of Licensing has a policy of providing equal access to its services. If you need special accommodation, please call (360) 902-3600 or TTY (360) 664-8885.

TD-420-040 AFF LOSS/RELEASE INT (R/10/00)OR/W



**STATE OF WASHINGTON Department of LICENSING**

# AFFIDAVIT OF LOSS RELEASE OF INTEREST

| LICENSE/REGISTRATION NUMBER | YEAR | MAKE | SERIES AND BODY |
|---|---|---|---|
| 876 TUS | 2001 | Cadillac | Deville DHS 4 Dr |

| VEHICLE IDENTIFICATION NUMBER (VIN) OR VESSEL HULL IDENTIFICATION NUMBER (HIN) | TITLE NUMBER |
|---|---|
| 1G6KES7421U136601 | |

**Any person who knowingly makes a false statement of a material fact shall be guilty of a felony. Upon conviction they shall be punished by a fine of up to $5,000 and/or imprisonment for up to ten years. (RCW 46.12.210)**

**LOSS**

By my signature I swear and say that the (CHECK THE APPLICABLE BOX)

[✓] TITLE    [✓] REGISTRATION    [ ] TAB    [ ] DECAL

issued to me, is not now in my possession because it was (CHECK THE APPLICABLE BOX)

[✓] LOST    [ ] STOLEN    [ ] DESTROYED    [ ] MUTILATED

X _Byron Williams_   Printed Name: Byron Williams

Signature / Printed Name (Position, if signing for business or organization) / DOL Customer Account Number

**NOTARY SEAL OR STAMP** — [Notary Public State of Alaska seal]

## NOTARIZATION/CERTIFICATION

3rd Judicial Dist
State of Alaska

The foregoing instrument was acknowledged before me this 28th day of November 2005 by Connie M. Soares as attorney in fact on behalf of Byron Williams.

_(Signature of Notary)_

Kelly Pinkley
(Printed name of Notary)
Notary Public in and for the State of Alaska.
Resident at Anchorage, Alaska.   **My Commission Expires**
My Commission Expires _____ January 1, 2009

Exhibit 3
Page 7 of 7 Pages