**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**


<u>   UNITED STATES OF AMERICA   </u>  v.  <u> ONE SILVER CADILLAC DEVILLE </u>

THE HONORABLE RALPH R. BEISTLINE

D<small>EPUTY</small> C<small>LERK</small>                                                                                    CASE NO.<u>  3:06-cv-00061-RRB </u>

<u> CAROLYN BOLLMAN</u>


<u>PROCEEDINGS</u>: **MINUTE ORDER FROM CHAMBERS**                              <u>DATE</u>: <u>May 8, 2006</u>

**Early Neutral Evaluation / Case Scheduling & Planning Report** /
**Initial Case Status Report**

    Counsel for all parties shall meet within twenty-one (21) days from service of this order to plan for disclosures mandated under Rules 16(b) and 26(f), Fed.R.Civ.P.  Counsel also shall consider whether to: (1) file a consent to participate in Early Neutral Evaluation under D.Ak. L.R. 16.1; (2) file a Scheduling & Planning Conference Report; **or** (3) file an Initial Case Status Report.

     Early Neutral Evaluation is a pilot program to provide impartial evaluation of initial disclosures and to realistically assess discovery needs based on key legal and factual issues presented in the case.  ENE Guidelines are attached.  If parties consent, this case will proceed to early neutral evaluation before the Honorable James A. von der Heydt, ENE Evaluator; and parties will have twenty-eight (28) days after the Rule 26 conference within which to exchange initial disclosures.

    Alternately, counsel may elect to file a Scheduling & Planning Conference Report.  The report must conform with LCF 26(f), attached.  LCF 26(f) also is available online in WordPerfect or PDF format at http://www.akd.uscourts.gov.  Click on Local Rules, then scroll to the forms listings.  In compliance with Rule 26(a)(1), parties shall exchange initial disclosures within fourteen days of the conference.

    Parties may file an Initial Case Status Report *only if they are actively engaged in settlement negotiations*.  The status report shall be filed jointly and shall include the date by which parties expect negotiations to be concluded.

    Counsels' consent to participate in Early Neutral Evaluation, Scheduling & Planning Conference Report, **or** Initial Case Status Report shall be filed with the court no later than twenty-eight (28) days after service of this order.

[ ]

GUIDELINES FOR EARLY NEUTRAL EVALUATION (ENE)

Neutral Evaluation occurs early in the discovery process and is designed to streamline pretrial aspects of the case. The Evaluator will assist parties in narrowing legal and factual issues based on allegations in the complaint, defendant's answer, and parties' initial disclosures.

**I. Scheduling .**   The Evaluator will conduct an initial telephone conference with counsel to schedule the ENE session and to discuss who will attend.

**II.  ENE Documents**.

(a) At least five (5) days before the ENE session, each party will submit to the Evaluator an envelope containing all disclosures, *exclusive of exhibits*, made to the other party in accordance with Rule 26(a)(1), FED. R. CIV. P.  The envelope should be conspicuously marked "ENE DOCUMENTS" and addressed to the Evaluator's attention.  Alternately, the documents may be sent by facsimile directly to the Evaluator. (907-677-6267).

(b)  No other written statement or documents are to be submitted unless requested by the Evaluator.

(c)  Rule 26(a)(1) disclosures and any requested ENE statements submitted to the Evaluator will not become part of the court record.  Rule 5(d), FED. R. CIV. P.  Such documents are confidential.  They are not to be filed with the clerk of court, nor may the trial judge have access to them.  However, this rule does not prohibit disclosures required by law or any disclosures stipulated by all parties.  Formal stipulations become part of the official court record.

**III.  Attendance at Session**.

(a) All parties, their insurer representatives, and counsel are required to attend the ENE session.  Any corporation or government entity should assure that the individual attending on its behalf is familiar with corporate or agency policies and knowledgeable about facts of the case.

(b) A person upon whom personal attendance is an undue hardship may request permission from the Evaluator to participate by telephone.  The request should be made at least two days in advance of the session.  If granted, the individual participating by telephone will initiate a phone call to the Evaluator at the scheduled session time.

**IV. Procedure at ENE Session**.

In a group setting, the Evaluator may:

>  (1) Assess the relative strengths and weaknesses of the parties' exchanged disclosures;
>  (2)  Identify and discuss discovery and disclosure issues, including scope and timing;
>  (3) Help the parties identify areas of agreement and, where feasible, enter stipulations;
>  (4) Help parties realistically assess litigation costs;
>  (5) Estimate, if appropriate, the likelihood of liability and the dollar range of damages;
>  (6) Determine whether a follow-up session would be useful, and whether in the future a settlement conference may be appropriate.

**V. Confidentiality of Sessions**.

ENE discussions are confidential.

Except with respect to scheduling matters, no *ex parte* communications between parties or counsel and the Evaluator are permitted.

[ ]

(*Insert Atty (or party if pro se) Name, Address, Telephone and Facsimile Numbers and e-mail address*)

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| (*Insert Name of Plaintiff*) | ) | |
|---|---|---|
| Plaintiff(s) | ) | Case No.  (*Insert Case No*) |
| vs | ) | |
| | ) | |
| (*Insert name of Defendant*) | ) | |
| Defendant(s) | ) | SCHEDULING AND PLANNING |
| | ) | CONFERENCE REPORT |

1.         **Meeting**. In accordance with F.R.Civ.P. 26(f), a meeting was held on (*insert date*) and was attended by:

    (*Insert attorney's name*)     attorney for plaintiff (*insert name of party*)

    (*Insert attorney's name*)     attorney for defendant (*insert name of party*)

    (*Insert attorney's name*)     attorney for defendant (*insert name of party*)

    (*Insert attorney's name*)     attorney for defendant (*insert name of party*)

The parties recommend the following:

[ ]

2. **Pre-Discovery Disclosures**. The information required by F.R.Civ.P. 26(a)(1):

    \_\_\_\_ have been exchanged by the parties

    \_\_\_\_ will be exchanged by the parties by (*insert date*)

Proposed changes to disclosure requirements: (*Insert proposed changes, if any*)

Preliminary witness lists

    \_\_\_\_ have been exchanged by the parties

    \_\_\_\_ will be exchanged by the parties by (*insert date*)

3. **Contested Issues of Fact and Law**. Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter:

(*insert contested issues*)

4. **Discovery Plan**. The parties jointly propose to the court the following discovery plan.

    A. Discovery will be needed on the following issues:

(*Insert discovery issues*)

    B. All discovery commenced in time to be completed by (*insert date*) ("discovery close date").

    C. Limitations on Discovery.

        1. Interrogatories

            \_\_\_\_ No change from F.R.Civ.P. 33(a)

            \_\_\_\_ Maximum of \_\_\_\_ by each party to any other party.

            Responses due in \_\_\_\_ days.

        2. Requests for Admissions.

            \_\_\_\_ No change from F.R.Civ.P. 36(a).

            \_\_\_\_ Maximum of \_\_\_\_ requests.

            Responses due in \_\_\_\_ days.

        3. Depositions.

[ ]

      \_\_\_\_ No change from F.R.Civ.P. 36(a), (d).

      \_\_\_\_ Maximum of \_\_\_\_ depositions by each party.

      \_\_\_\_ Depositions not to exceed \_\_\_\_ hours unless agreed to by all parties.

D.      Reports from retained experts.

    \_\_\_\_ Not later than 90 days before the close of discovery subject to F.R.Civ.P 26(a)(2)(C).

    \_\_\_\_ Reports due:

From plaintiff (*insert date*)      From defendant (*insert date*)

E.      Supplementation of disclosures and discovery responses are to be made:

    \_\_\_\_ Periodically at 60-day intervals from the entry of scheduling and planning order.

    \_\_\_\_ As new information is acquired, but not later than 60 days before the close of discovery.

F.    A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:

    \_\_\_\_ 45 days prior to the close of discovery.

    \_\_\_\_ Not later than (*insert date*)

5.      **Pretrial Motions**.

\_\_\_\_ No change from D.Ak. LR 16.1(c).

The following changes to D.Ak. LR 16.1(c). [Check and complete all that apply]

\_\_\_\_ Motions to amend pleadings or add parties to be filed not later than (*insert date*).

\_\_\_\_ Motions under the discovery rules must be filed not later than (*insert date*).

\_\_\_\_ Motions in limine and dispositive motions must be filed not later than (*insert date*).

[ ]

6. **Other Provisions**:

   A. ____ The parties do not request a conference with the court before the entry of the scheduling order.

   ____ The parties request a scheduling conference with the court on the following issue(s):

   (*Insert issues on which a conference is requested*)

   B. ____ Alternative Dispute Resolution. [D.Ak. LR 16.2]

   ____ This matter is not considered a candidate for court-annexed alternative dispute resolution.

   ____ The parties will file a request for alternative dispute resolution not later than (*insert date*).

   ____ Mediation   ____ Early Neutral Evaluation

   C. The parties ____ do ____ not consent to trial before a magistrate judge.

   D. Compliance with the Disclosure Requirements of F.R.Civ.P. 7.1

   ____ All parties have complied   ____ Compliance not required by any party

7. **Trial**.

   A. The matter will be ready for trial:

   ____ 45 days after the discovery close date.

   ____ not later than (*insert date*).

   B. This matter is expected to take ____ days to try.

   C. Jury Demanded   Yes ____   No ____

   Right to jury trial disputed?   ____ Yes   ____ No

Dated:

[ ]

(Insert Signature Block for Plaintiff's Attorney)

(Insert Signature Block for Defendant's Attorney)

(Insert Signature Block for Defendant's Attorney)

(Insert Signature Block for Defendant's Attorney)

[ ]