Carmen E. Clark, Attorney
ABA No. 8811178
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: carmen@impc-law.com


Attorneys for Connie Marie Soares

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                        )<br>                    Plaintiff,         )<br>                                        )<br>        v.                              )<br>                                        )<br> ONE SILVER 2001 CADILLAC               )<br> DEVILLE, VIN                           )<br> 1G6KD54Y31U182882,                     )<br>                                        )<br>                    Defendant.          )<br> _____)| No. 3:06-cv-061-RRB<br><br>**<u>NOTICE OF PARTIAL COMPLIANCE WITH MAY 8, 2006 MINUTE ORDER</u>** |

Comes now Connie Marie Soares by and through her counsel, Ingaldson, Maassen & Fitzgerald and hereby gives notice of partial compliance with the May 8, 2006 Minute Order from chambers. Counsel for Ms. Soares and Mr. Williams have met to plan for disclosures as provided.

**INGALDSON, MAASSEN & FITZGERALD, P.C.**
Lawyers
813 W. 3rd Avenue
Anchorage, Alaska 99501-2001
(907) 258-8750
FAX: (907) 258-8751

However, the attorney for the government, Daniel Cooper, is currently unavailable until June 5, 2006. It is anticipated that communication regarding this case will occur soon after that date.

Dated at Anchorage, Alaska May 30, 2006.

INGALDSON, MAASSEN & FITZGERALD, P.C.
Attorneys for
Connie Marie Soares

s/Carmen E. Clark
ABA No. 8811178
813 West Third Avenue
Anchorage, AK  99501
Fax: (907) 258-8751
E-mail: carmen@impc-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on 5/30/06,
a copy of the foregoing Entry
was served electronically on:

Daniel R. Cooper, Jr., AUSA
D. Scott Dattan, Esquire

s/ Carmen E. Clark
F:\W\2113-1\Pleading\Notice of Partial Compliance.doc

**INGALDSON, MAASSEN & FITZGERALD, P.C.**
Lawyers
813 W. 3rd Avenue
Anchorage, Alaska 99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Cadillac
No. 3:06-cv-061-RRB
Entry