DEBORAH M. SMITH
Acting United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
daniel.cooper@usdoj.gov
Alaska Bar No. 8211109

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No. 3:06-cv-00061-RRB |
| | ) | |
| vs | ) | |
| | ) | |
| ONE SILVER 2001 | ) | **SCHEDULING AND** |
| CADILLAC DEVILLE, | **)** | **PLANNING CONFERENCE** |
| VIN #1G6KD54Y31U182882, | **)** | **REPORT** |
| Defendant. | ) | |
| | ) | |

1.    **Meeting**. In accordance with F.R.Civ.P. 26(f), a meeting was held on June

20, 2006 and was attended by:

Daniel R. Cooper, Jr.    attorney for Plaintiff

Carmen E. Clark    attorney for Connie Marie Soares

D. Scott Dattan    attorney for Byron Williams

The parties recommend the following:

2.      **Pre-Discovery Disclosures**.  The information required by F.R.Civ.P. 26(a)(1):

    ___  have been exchanged by the parties

     X  will be exchanged by the parties by July 24, 2006

    Proposed changes to disclosure requirements:  (*Insert proposed changes, if any*)

    Preliminary witness lists

    ___  have been exchanged by the parties

     X  will be exchanged by the parties by July 24, 2006.

3.      **Contested Issues of Fact and Law**.   Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter:

Whether the res is subject to forfeiture, and who is entitled to possession and ownership of the res.

4.      **Discovery Plan**.  The parties jointly propose to the court the following discovery plan.

    A. Discovery will be needed on the following issues:

    ownership of the res

    possession of the res

    whether the res is subject to forfeiture

    B. All discovery commenced in time to be completed by September 30, 2006 ("discovery close date").

C.  Limitations on Discovery.

    1.  Interrogatories

        __X__  No change from F.R.Civ.P. 33(a)

        Maximum _____ by each party to any other party.

    ____ of ____

    Responses due ____ days.

    in ____

    2.  Requests for Admissions.

        __X__  No change from F.R.Civ.P. 36(a).

        Maximum _____ requests.

    ____ of ____

    Responses due ____ days.

    in ____

    3.  Depositions.

        __X__  No change from F.R.Civ.P. 36(a), (d).

        Maximum _____ depositions by each party.

    ____ of ____

    Depositions not to _____ hours unless agreed to by all

    exceed ____ parties.

D.  Reports from retained experts.

    ____ Not later than 90 days before the close of discovery subject to

    F.R.Civ.P 26(a)(2)(C).

   <u>X</u>  Reports due: October 31, 2006

From plaintiff (*insert date*)     From defendant (*insert date*)

E.    Supplementation of disclosures and discovery responses are to be made:

   <u>    </u>  Periodically at 60-day intervals from the entry of scheduling and planning order.

   <u>X</u>  As new information is acquired, but not later than 60 days before the close of discovery.

F.   A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:

   <u>    </u>  45 days prior to the close of discovery.

   <u>X</u>  Not later than October 31, 2006

5.    **Pretrial Motions**.

  <u>X</u>  No change from D.Ak. LR 16.1(c).

The following changes to D.Ak. LR 16.1(c). [Check and complete all that apply]

  <u>    </u>  Motions to amend pleadings or add parties to be filed not later than (*insert date*).

Motions under the discovery rules must be filed not later than
  <u>    </u>  (*insert date*).

____ Motions in limine and dispositive motions must be filed not later than (*insert date*).

6.    **Other Provisions**:

A.    _X_   The parties do not request a conference with the court before the entry of the scheduling order.

____ The parties request a scheduling conference with the court on the following issue(s):
(*Insert issues on which a conference is requested*)

B.    Alternative Dispute Resolution.  [D.Ak. LR 16.2]

_X_   This matter is not considered a candidate for court-annexed alternative dispute resolution.

____ The parties will file a request for alternative dispute resolution not later than (*insert date*).

____ Mediation    ____ Early Neutral Evaluation

C.    The parties    do  _X_  not consent to trial before a magistrate
            _    ____ judge.

D.    Compliance with the Disclosure Requirements of F.R.Civ.P. 7.1

All parties have        _X_ Compliance not required by any
____ complied            ____ party

7.    **Trial**.

A.    The matter will be ready for trial:

____ 45 days after the discovery close date.

          <u>X</u>  not later than November 30, 2006.

B.     This matter is expected to   2     days to try.
       take                     ⎯⎯

C.     Jury          x  Yes      No
Demanded                 ⎯⎯    ⎯⎯

Right to jury trial disputed?      <u>X</u>  Yes  ⎯⎯  No

Dated: June 27, 2006.

                         DEBORAH M. SMITH
                         Acting United States Attorney

                         <u>s/ Daniel R. Cooper, Jr.</u>
                         Assistant U. S. Attorney
                         222 West 7th Ave., #9, Rm. 253
                         Anchorage, AK 99513-7567
                         Phone: (907) 271-3376
                         Fax: (907) 271-2344
                         E-mail: Daniel.Cooper@usdoj.gov
                         AK #8211109

                         INGALDSON, MAASSEN &
                         FITZGERALD, P.C.

                         by:  <u>s/ Carmen E. Clark (consent)</u>
                         Carmen E. Clark
                         Attorney for Connie Marie Soares
                         813 W. 3rd Ave.
                         Anchorage, AK 99501-2001
                         carmen@impc-law.com
                         AK #8811178

by: __s/ D. Scott Dattan (consent)_____
D. Scott Dattan
Attorney for Byron Williams
2600 Denali St., Suite 460
Anchorage, AK 99503
dattan@alaska.net
AK #8411111