IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 3:06-cv-00061-RRB |
| Plaintiff, | ) |
| vs. | ) |
| ONE SILVER 2001 CADILLAC DEVILLE, VIN #1G6KD54Y31U182882, | ) **[PROPOSED] ORDER FOR EXTENSION OF DISCOVERY** |
| Defendant. | ) |

Based upon the stipulation of the parties, and sufficient reason being shown, it is ordered that the discovery deadlines set forth in the Scheduling and Planning Order shall be extended by thirty (30) days.

__8/24/2006__
(DATE)

__/s/ RRB__
HONORABLE RALPH R. BEISTLINE
United States District Court Judge