LAW OFFICES OF D. SCOTT DATTAN
2600 Denali Street, Suite 460
Anchorage, Alaska 99503
Phone: (907) 276-8008
Attorney for Byron Williams

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ONE SILVER 2001 CADILLAC, ) | |
|     Defendant. ) | |
| _____ ) | Case No. 3:06-cv-61-RRB |

## MOTION TO WITHDRAW
## ON WRITTEN CONSENT

D. Scott Dattan, Attorney for Byron Williams in this matter (appointed as CJA counsel) hereby moves to withdraw as attorney of record for Mr. Williams, who has indicated that he wants to have another lawyer appointed to represent him. Attached hereto is a copy of the affidavit signed by Mr. Williams in his criminal case.

Accordingly, my CJA appointment is, or shortly will be, terminated, and I should be allowed to withdraw.

Dated this 14th day of September, 2006 in Anchorage, Alaska.

s/D. Scott Dattan
Attorney for Defendant, Byron Williams
2600 Denali Street, Suite 460
Anchorage, Alaska 99503
Phone: 907-276-8008
E-Mail: dattan@alaska.net

Page 1 of 1
USA v BYRON WILLIAMS; 3:06-cv-61-RRB
Motion to Withdraw on Written Consent