LAW OFFICES OF D. SCOTT DATTAN
2600 Denali Street, Suite 460
Anchorage, Alaska 99503
Phone: (907) 276-8008
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| BYRON WILLIAMS, | ) |
| Defendant. | ) |
| | ) Case No. A05-0076 CR (RRB) |

**AFFIDAVIT OF DEFENDANT**

STATE OF ALASKA              )
                             )ss
THIRD JUDICIAL DISTRICT      )

Byron Williams, being first duly sworn upon oath, deposes and states:

1. I am the defendant in this action.

2. I hereby consent to appoint counsel, D. Scott Dattan, being relieved for purposes of appeal and request appointment of substitute counsel.

FURTHER AFFIANT SAYETH NAUGHT.

_____
BYRON WILLIAMS

SUBSCRIBED AND SWORN to or affirmed before me at Anchorage, Alaska on the 14 day of September, 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 1-13-09

Page 1 of 1
USA v WILLIAMS; 3:05-cr-0076-RRB
Affidavit of Defendant

LAW OFFICES OF D. SCOTT DATTAN
2600 Denali Street, Suite 460
Anchorage, Alaska 99503
Phone: (907) 276-8008
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>vs.<br><br>BYRON WILLIAMS,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A05-0076 CR (RRB) |

### AFFIDAVIT OF DEFENDANT

STATE OF ALASKA            )
                           )ss
THIRD JUDICIAL DISTRICT    )

Byron Williams, being first duly sworn upon oath, deposes and states:

1. I am the defendant in this action.

2. I hereby consent to appoint counsel, D. Scott Dattan, being relieved for purposes of appeal and request appointment of substitute counsel.

FURTHER AFFIANT SAYETH NAUGHT.

_____
BYRON WILLIAMS

SUBSCRIBED AND SWORN to or affirmed before me at Anchorage, Alaska on the 14 day of September, 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 2·13·09

Page 1 of 1
USA v WILLIAMS; 3:05-cr-0076-RRB
Affidavit of Defendant