LAW OFFICES OF D. SCOTT DATTAN
2600 Denali Street, Suite 460
Anchorage, Alaska 99503
Phone: (907) 276-8008
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | )<br>)<br>) |
| vs. | )<br>) |
| ONE SILVER 2001 CADILLAC<br>    Defendant. | )<br>)<br>) |
| | ) Case No. 3:06-cv-61-RRB |

**<u>ORDER</u>**

IT IS HEREBY ORDERED that D. Scott Dattan may withdraw as counsel for Byron Williams.

DATED: 10/4/06          \S\
_____
RALPH R. BEISTLINE
U.S. DISTRICT JUDGE