NELSON COHEN
United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
daniel.cooper@usdoj.gov
Alaska Bar No. 8211109

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:06-cv-00061-RRB |
| Plaintiff, ) | |
| vs. ) | |
| ONE SILVER 2001 ) | **SECOND STIPULATION FOR** |
| CADILLAC DEVILLE, ) | **EXTENSION OF DISCOVERY** |
| VIN #1G6KD54Y31U182882, ) | |
| Defendant. ) | |

The parties hereto, through counsel, stipulate and agree that the pretrial and discovery deadlines set forth in the Scheduling and Planning Order [Docket 20], shall be extended by an additional sixty (60) days.

The purpose of the extension is to allow time for further negotiation concerning a resolution of the case. Neither party is seeking the extension for the purposes of harassment or delay.

RESPECTFULLY SUBMITTED this 20th day of November, 2006 in Anchorage, Alaska.

NELSON COHEN
United States Attorney

s/ Daniel R. Cooper, Jr.
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-2344
E-mail: Daniel.Cooper@usdoj.gov
AK #8211109

INGALDSON, MAASSEN & FITZGERALD, P.C.

by: s/ Carmen E. Clark (consent)
Carmen E. Clark
Attorney for Connie Marie Soares
813 W. 3rd Ave.
Anchorage, AK 99501-2001
Carmen@impc-law.com
AK #8811178

**CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2006
a copy of the foregoing STIPULATION FOR
EXTENSION OF DISCOVERY was served
by electronic filing on:

Carmen E. Clark

s/ Daniel R. Cooper, Jr.