IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:06-cv-00061-RRB |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ONE SILVER 2001 ) | **[PROPOSED] ORDER FOR** |
| CADILLAC DEVILLE, ) | **SECOND EXTENSION OF** |
| VIN #1G6KD54Y31U182882, ) | **DISCOVERY** |
| ) | |
| Defendant. ) | |

Based upon the stipulation of the parties, and sufficient reason being shown, it is ordered that the discovery deadlines set forth in the Scheduling and Planning Order shall be extended by an additional sixty (60) days.

_____  _____
(DATE)  HONORABLE RALPH R. BEISTLINE
United States District Court Judge