Carmen E. Clark, Attorney
ABA No. 8811178
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: carmen@impc-law.com


Attorneys for Connie Marie Soares


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 3:06-cv-061-RRB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MOTION TO WITHDRAW** |
| | ) | **AS COUNSEL** |
| ONE SILVER 2001 CADILLAC | ) | |
| DEVILLE, VIN | ) | |
| 1G6KD54Y31U182882, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-
8751

Comes now Carmen E. Clark, and hereby moves to

withdraw a counsel for Connie Marie Soares in the above-

USA v. Cadillac
No. 3:06-cv-061-RRB
Motion

captioned action.  This request is supported by the

affidavit of counsel filed herewith.

                    Dated at Anchorage, Alaska February 5, 2007.

                              INGALDSON, MAASSEN &
                              FITZGERALD, P.C.
                              Attorneys for
                              Connie Marie Soares


                              s/Carmen E. Clark
                              ABA No. 8811178
                              813 West Third Avenue
                              Anchorage, AK  99501
                              Fax: (907) 258-8751
                              E-mail:
                              carmen@impc-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on _____ 2\5\07 _____ ,
a copy of the foregoing Motion
was served electronically on:

Daniel R. Cooper, Jr., AUSA

and by first class regular mail on:

Ms. Connie Soares
151 Sorcerer Court
Anchorage, AK  99518


s/ Carmen E. Clark
F:\W\2113-1\Pleading\Mtn to Withdraw.doc

**INGALDSON,
MAASSEN &
FITZGERALD,
P.C.**
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-
8751

USA v. Cadillac
No. 3:06-cv-061-RRB
Motion