Carmen E. Clark, Attorney
ABA No. 8811178
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: carmen@impc-law.com

Attorneys for Connie Marie Soares

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. 3:06-cv-061-RRB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | [proposed] ORDER FOR |
| | ) | WITHDRAWAL OF COUNSEL |
| ONE SILVER 2001 CADILLAC DEVILLE, VIN 1G6KD54Y31U182882, | ) | FOR CONNIE MARIE SOARES |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that Carmen E. Clark may withdraw as counsel for Connie Marie Soares in the above-captioned action. Ms. Soares shall be served as follows:

    Connie Marie Soares
    151 Sorcerer Court
    Anchorage, AK 99518
    (907) 884-7515

DATED: _____

_____
RALPH R. BEISTLINE
U.S. District Court Judge

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Cadillac
No. 3:06-cv-061-RRB
Order

**CERTIFICATE OF SERVICE**

I hereby certify that on ___2\5\07___,
a copy of the foregoing Order
was served electronically on:

Daniel R. Cooper, Jr., AUSA

and by first class regular mail on:

Ms. Connie Soares
151 Sorcerer Court
Anchorage, AK  99518


s/ Carmen E. Clark
F:\W\2113-1\Pleading\Order for Withdrawal.doc

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Cadillac
No. 3:06-cv-061-RRB
Order