Carmen E. Clark, Attorney
ABA No. 8811178
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: carmen@impc-law.com

Attorneys for Connie Marie Soares

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 3:06-cv-061-RRB |
| Plaintiff, ) | |
| ) | |
| v. ) | **AFFIDAVIT OF** |
| ) | **CARMEN E. CLARK** |
| ONE SILVER 2001 CADILLAC ) | |
| DEVILLE, VIN ) | |
| 1G6KD54Y31U182882, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

STATE OF ALASKA          )
                         )ss.
THIRD JUDICIAL DISTRICT  )

   CARMEN E. CLARK, being first duly sworn, deposes and states as follows:

   1. My name is Carmen E. Clark. I am an attorney at Ingaldson, Maassen & Fitzgerald, P.C.

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

2. On April 27, 2006, Connie Marie Soares came into the office of Ingaldson, Maassen & Fitzgerald, P.C., seeking legal representation. She had received a complaint seeking forfeiture of motor vehicles that she believed belonged to her. Because an answer was due immediately or her rights would be forfeited, I agreed to assist her. We met after hours and the work was done.

3. Since May 10, 2006 Ms. Soares has failed to appear for every appointment we have made with each other. We have had no contact initiated by Ms. Soares after her answer was filed.

4. I have prepared three other motions to withdraw, beginning in September, 2006. However, each time after speaking to her by telephone I have felt an obligation to continue representing Ms. Soares. At this time I have been unable to discuss litigation strategy of the contents of the discovery with her. I have been unable to obtain authorization for experts or any other information. I have been unable to play the audio taped discovery for her and get follow up.

5. The last motion to withdraw was prepared on December 20, 2006. I spoke with Ms. Soares by telephone and informed her that I had given notice at Ingaldson,

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Cadillac
No. 3:06-cv-061-RRB
Affidavit

Maassen & Fitzgerald, P.C., and the firm was unwilling to continue to represent her given her failure to cooperate with me. I further explained that I was selling my home and departing the state of Alaska. She agreed to sign the motion to withdraw during that telephone call. I told her I would forward the file and its contents to her or another attorney. I asked her to come in and sign the motion to withdraw by January 1, 2007. I informed her that she should spend the ten days from December 20, 2006 to January 1, 2007 finding another attorney. She told me she would be in to sign the motion to withdraw with consent of client, and indicated she had simply had work and personal demands on her time that made it difficult to meet with me in person.

    6. December 20, 2006 is the last time I have had contact with Ms. Soares. I have had my staff leave messages for her, but they have not been returned.

    7. I am leaving Ingaldson, Maassen & Fitzgerald, P.C. The attorney/client contract I signed with Ms. Soares indicates I may withdraw for her failure to pay fees or to cooperate with me. She has paid no fees. In my opinion,

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Cadillac
No. 3:06-cv-061-RRB
Affidavit

she has failed to cooperate by missing our appointments and failing to return calls.

    8. This would be less of a problem except the defense of her case involves decisions regarding the contents of certain telephone calls in the possession of the U.S. Attorney's Office, and I have been unable to meet with her to discuss those calls. I can no longer continue to attempt to do so because I have resigned from Ingaldson, Maassen & Fitzgerald, P.C. My husband has taken a job out of state. He is departing February 1, 2007. I hope to be finished with work soon thereafter. I explained all this to Ms. Soares in December. I believed she would sign the motion to withdraw as she agreed, but given her failure to respond I can no longer delay.

    9. If the motion to withdraw is granted, I will have the file, including the audio calls, sent to Ms. Soares by registered mail.

    FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
CARMEN E. CLARK

    SUBSCRIBED AND SWORN to before me this __5__ day of February, 2007.

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Cadillac
No. 3:06-cv-061-RRB
Affidavit

_____
Notary Public for Alaska
My Commission Expires: 10\24\07

**CERTIFICATE OF SERVICE**

I hereby certify that on ___2\5\07___,
a copy of the foregoing Affidavit
was served electronically on:

Daniel R. Cooper, Jr., AUSA

and by first class regular mail on:

Ms. Connie Soares
151 Sorcerer Court
Anchorage, AK  99518


s/ Carmen E. Clark
F:\W\2113-1\Pleading\Clark Aff.doc

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Cadillac
No. 3:06-cv-061-RRB
Affidavit