UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


    USA   v.   ONE SILVER 2001 CADILLAC

DATE:   February 8, 2007    CASE NO.   3:06-cv-0061-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
                        **SCHEDULING HEARING**

---

       A hearing on the Motion to Withdraw as Counsel (Docket 28) will be held on **Friday, March 9, 2007, at 9:00 a.m.**, in Courtroom 2 in Anchorage, Alaska.