```
                  UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF ALASKA


              USA    v.   ONE SILVER 2001 CADILLAC
DATE:    March 6, 2007    CASE NO.    3:06-CV-0061-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:    MINUTE ORDER FROM CHAMBERS
                RESCHEDULING HEARING
```

The hearing on the Motion to Withdraw as Counsel (Docket 28) is **RESCHEDULED** and will be held on **Thursday, March 15, 2007, at 11:30 a.m.**, in Courtroom 2 in Anchorage, Alaska. Counsel to provide proof of service of this notice on Ms. Soares.

M.O. RESCHEDULING HEARING