Carmen E. Clark, Attorney
ABA No. 8811178
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: carmen@impc-law.com


Attorneys for Connie Marie Soares

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 3:06-cv-061-RRB |
| Plaintiff, ) | |
| ) | |
| v. ) | **AFFIDAVIT OF SERVICE** |
| ) | **BY MAIL** |
| ONE SILVER 2001 CADILLAC ) | |
| DEVILLE, VIN ) | |
| 1G6KD54Y31U182882, ) | |
| ) | |
| Defendant. ) | |
| ) | |

STATE OF ALASKA         )
                        )ss.
THIRD JUDICIAL DISTRICT )

   CARMEN E. CLARK, being first duly sworn, deposes and states as follows:

   1. I am counsel of record for Connie Marie Soares in the above-captioned action.

   2. On February 8, 2007, I received this court's Minute Order at Document 30. I immediately telephoned Ms.

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Cadillac
No. 3:06-cv-061-RRB
Affidavit
Page 1 of 3

Soares and spoke with her regarding the upcoming withdrawal hearing. At that time I advised her that I would be willing to transfer my files to new counsel if she would have them contact me. I have not heard from any attorneys on her behalf.

    3. On February 9, 2007, I caused to be deposited in the United States mail, first class, postage prepaid, a copy of Document 30, Minute Order From Chambers Scheduling Hearing for March 9, 2007 at 9:00 a.m., addressed to:

> Connie Marie Soares
> 151 Sorcerer Court
> Anchorage, AK  99518

    3. On March 5, 2007, Ms. Soares came to my office and in my absence my secretary, Jennifer M. Jones, spoke with her. She was told to have new counsel contact me so that arrangements could be made to transfer the files. She stated she would be representing herself and asked for my files. She was told that she should appear at the hearing, after which time the files would be given to her.

    3. On March 6, 2007, I caused to be deposited in the United States mail, first class, postage prepaid, a copy of Document 31-1, Minute Order From Chambers

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Cadillac
No. 3:06-cv-061-RRB
Affidavit
                Page 2 of 3

Rescheduling Hearing for March 15, 2007 at 11:30 a.m., addressed to:

>Connie Marie Soares
>151 Sorcerer Court
>Anchorage, AK 99518

4. On March 6, 2007, my secretary also telephoned and spoke to Ms. Soares regarding the new time and date for this hearing.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
CARMEN E. CLARK

SUBSCRIBED AND SWORN to before me this 6th day of March, 2007.

_____
Notary Public for Alaska
My Commission Expires: 10/24/07

**CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2007, a copy of the foregoing Affidavit was served electronically on:

Daniel R. Cooper, Jr., AUSA

and served by mail on

Ms. Connie Marie Soares
151 Sorcerer Court
Anchorage, AK 99518


s/ Carmen E. Clark
F:\W\2113-1\Pleading\Aff of Service.doc


USA v. Cadillac
No. 3:06-cv-061-RRB
Affidavit
Page 3 of 3

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751