Carmen E. Clark, Attorney
ABA No. 8811178
Ingaldson, Maassen & Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: carmen@impc-law.com

Attorneys for Connie Marie Soares

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ONE SILVER 2001 CADILLAC ) <br> DEVILLE, VIN ) <br> 1G6KD54Y31U182882, ) <br> ) <br> Defendant. ) <br> ) | No. 3:06-cv-061-RRB <br><br> [proposed] ORDER FOR WITHDRAWAL OF COUNSEL FOR CONNIE MARIE SOARES |

IT IS HEREBY ORDERED that Carmen E. Clark may withdraw as counsel for Connie Marie Soares in the above-captioned action. Ms. Soares shall be served as follows:

Connie Marie Soares
151 Sorcerer Court
Anchorage, AK 99518
(907) 884-7515

DATED: March 15, 2007

RALPH R. BEISTLINE
U.S. District Court Judge

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Cadillac
No. 3:06-cv-061-RRB
Order

Page 1 of 2