MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

UNITED STATES OF AMERICA   vs.   ONE SILVER 2001 CADILLAC
DEVILLE, VIN 1G6KD54Y31U182882

CLAIMANT:
CONNIE MARIE SOARES

BEFORE THE HONORABLE RALPH R. BEISTLINE   CASE NO 3:06-CV-00061-RRB

DEPUTY CLERK/RECORDER:     SUZANNETTE LUCERO

APPEARANCES:   PLAINTIFF:   DANIEL COOPER

               DEFENDANT:   CARMEN CLARK

PROCEEDINGS: HEARING ON MOTION TO WITHDRAW AS ATTORNEY
             HELD 3/15/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 11:39 a.m. court convened.

Court and counsel heard re defense counsel's Motion to Withdraw as Attorney (Dkt 28) and Defendant present and consented; **GRANTED.**

Defendant Connie Marie Soares to represent self.

Government may file a stipulation re extended discovery deadlines next week.

At 11:45 a.m. court adjourned.

DATE:   MARCH 15, 2007      DEPUTY CLERK'S INITIALS:      SCL