NELSON P. COHEN
United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
daniel.cooper@usdoj.gov
Alaska Bar No. 8211109

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 3:06-cv-00061-RRB |
| Plaintiff, | ) |
| vs. | ) |
| ONE SILVER 2001 CADILLAC DEVILLE, VIN #1G6KD54Y31U182882, | ) STATUS REPORT |
| Defendant. | ) |

COMES NOW the United States of America, by and through counsel, and respectfully reports as follows:

Undersigned counsel telephoned Connie Marie Soares on June 11, 2007, for the purpose of determining the status of Ms. Soares continued interest in and claim

to the 2001 Cadillac that is the subject of this case. In that conversation, Ms Soares stated she wished to relinquish her interest in the automobile, and to terminate this case.

Undersigned counsel has prepared pleadings to effectuate Ms. Soares stated intent, and the papers have been mailed to Ms Soares at 151 Sorcerer Court Anchorage, AK 99518-3068. As soon as the papers are returned, they will be filed with the court, together with such other papers as may be required to forfeit the property and enter judgment in favor of the United States.

RESPECTFULLY SUBMITTED this 15th day of June, 2006 in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/ Daniel R. Cooper, Jr.
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-2344
E-mail: Daniel.Cooper@usdoj.gov
AK #8211109

**CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2007
a copy of the foregoing STATUS REPORT
was served by United States Mail on:

Connie Marie Soares
151 Sorcerer Court
Anchorage, AK 99518-3068


s/ Daniel R. Cooper, Jr.