NELSON P. COHEN
United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-3224
Email: daniel.cooper@usdoj.gov
Alaska Bar No. 8211109

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cv-061-RRB |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO WITHDRAWAL** |
| | ) | **OF FORFEITURE CLAIM AND** |
| v. | ) | **ANSWER** |
| | ) | |
| ONE SILVER 2001 CADILLAC | ) | |
| DEVILLE, VIN | ) | |
| 1G6KD54Y31U182882, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW plaintiff United States of America, by and through counsel, and

together with claimant Connie Marie Soares, and hereby stipulate and agree as follows:

Claimant Connie Marie Soares hereby stipulates and agrees to withdraw her Notice

of Interest/Petition for Remission of Forfeiture (docket 15) and Answer to Complaint

(docket 12). Connie Marie Soares also stipulates and agrees that she is abandoning all

claim, title and interest in and to the property encompassed by the Verified Complaint for

Forfeiture (docket 1), to wit: ONE SILVER 2001 CADILLAC DEVILLE, VIN 1G6KD54Y31U182882, to the United States, and that the United States may proceed in obtaining a decree of forfeiture as to such property.

The parties stipulate and agree that each party shall bear their own costs and attorney's fees.

DATED this 14th day of June, 2007, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Daniel R. Cooper, Jr.
DANIEL R. COOPER, JR.
Assistant U.S. Attorney
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-3224
Email: daniel.cooper@usdoj.gov
Alaska Bar No. 8211109

DATED: 9/5/07

CONNIE MARIE SOARES

2