IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cv-061-RRB |
| | ) | |
| Plaintiff, | ) | **ORDER FOR WITHDRAWAL OF** |
| | ) | **SOARES' FORFEITURE CLAIM** |
| v. | ) | **AND ANSWER** |
| | ) | |
| ONE SILVER 2001 CADILLAC DEVILLE, VIN 1G6KD54Y31U182882, | ) | |
| | ) | |
| Defendant. | ) | |

Based upon the stipulation of claimant Connie Marie Soares and the United States,

IT IS HEREBY ORDERED that the Notice of Interest/Petition for Remission of Forfeiture and Answer to Complaint of Connie Marie Soares are withdrawn from this action, and that the result of said stipulation is that Connie Marie Soares has abandoned all claim title and interest in the subject of this action: ONE SILVER 2001 CADILLAC DEVILLE, VIN 1G6KD54Y31U182882.

IT IS FURTHER ORDERED that the United States shall proceed in this forfeiture action as though the claim of Connie Marie Soares had never been made.

DATED: 9/14/07

HON. RALPH R. BEISTLINE
United States District Court Judge