NELSON P. COHEN
United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-3224
Email: daniel.cooper@usdoj.gov
Alaska Bar No. 8211109

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cv-061-RRB |
| | ) | |
| Plaintiff, | ) | **APPLICATION FOR ENTRY** |
| | ) | **OF DEFAULT** |
| v. | ) | |
| | ) | |
| ONE SILVER 2001 CADILLAC | ) | |
| DEVILLE, VIN | ) | |
| 1G6KD54Y31U182882, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Plaintiff United States of America, by and through counsel, hereby applies to the

Court pursuant to 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for

Admiralty or Maritime Claims and Asset Forfeiture Actions, for entry of default in favor of

the United States and against Byron Williams, and all those persons and entities claiming an

interest in the defendant property in this case, for failure to plead, answer, and/or otherwise

defend, as required by law.

This application is based on the record and file in this case and the attached affidavit.

DATED this 2nd day of October, 2007, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Daniel R. Cooper, Jr.
DANIEL R. COOPER, JR.
Assistant U.S. Attorney
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-3224
Email: daniel.cooper@usdoj.gov
Alaska Bar No. 8211109

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Application,
Affidavit, and proposed Entry of Default filed herewith, were served
this 2nd day of October, 2007, on the following and in the manner designated:

BYRON WILLIAMS (#15145-006)
FCI Herlong
Federal Correctional Institution
P.O. Box 800
Herlong, CA 96113            (served via Certified U.S. Mail, Return Receipt Requested)

D. SCOTT DATTAN, Counsel for Byron Williams
Law Office of D. Scott Dattan
2600 Denali Street, Suite 460
Anchorage, AK 99503            (served via U.S. Mail)

CONNIE MARIE SOARES-WASHINGTON
151 Sorcerer Court
Anchorage, AK 99518-3068    (served via Certified U.S. Mail, Return Receipt Requested)

s/Daniel R. Cooper, Jr.