IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cv-061-RRB |
| | ) | |
| Plaintiff, | ) | **ENTRY OF DEFAULT** |
| | ) | |
| v. | ) | |
| | ) | |
| ONE SILVER 2001 CADILLAC | ) | |
| DEVILLE, VIN | ) | |
| 1G6KD54Y31U182882, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

WHEREAS Notice of judicial forfeiture in this case has been published in the Anchorage Daily News on April 6, 13, and 20, 2006;

AND WHEREAS on March 23, 2006, the Verified Complaint for Forfeiture was personally served on Scott Dattan, counsel for Byron Williams, via Certified U.S. Mail, Return Receipt Requested;

AND WHEREAS on March 23, 2006, the Verified Complaint for Forfeiture was personally served on Byron Williams via Certified U.S. Mail, Return Receipt Requested;

AND WHEREAS on March 24, 2006, the Verified Complaint for Forfeiture was personally served on Connie Marie Soares via Certified U.S. Mail, Return Receipt Requested;

AND WHEREAS on April 8, 2006, Notice of this judicial forfeiture action was personally served on Scott Dattan, counsel for Byron Williams, via Certified U.S. Mail, Return Receipt Requested;

AND WHEREAS on April 8, 2006, Notice of this judicial forfeiture action was personally served on Byron Williams via Certified U.S. Mail, Return Receipt Requested;

AND WHEREAS on April 8, 2006, Notice of this judicial forfeiture action was personally served on Connie Marie Soares via Certified U.S. Mail, Return Receipt Requested;

AND WHEREAS according to the record in this case, an Order for Withdrawal of Soares' Forfeiture Claim and Answer was entered by this Court on September 14, 2007;

AND WHEREAS according to the record in this case and the affidavit of counsel for the plaintiff, Byron Williams has failed to file a claim in said action as required by 18 U.S.C. § 983(a)(4) and Supplemental Rule G(5)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rules");

AND WHEREAS according to the record in this case and the affidavit of counsel for the plaintiff, no other persons or entities have filed a claim, answer, or otherwise defended in said action as required by 18 U.S.C. § 983(a)(4) and Supplemental Rule G(5);

IT IS THEREFORE ORDERED, on request of counsel for plaintiff, the DEFAULT is hereby entered of Byron Williams, and of all persons and entities claiming an interest in the defendant property, excluding those who have filed claims and answers pursuant to Supplemental Rule G(5) or complaints in intervention in the above-captioned case.

DATED:_____

_____
HON. RALPH R. BEISTLINE
United States District Court Judge