NELSON P. COHEN
United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-3224
Email: daniel.cooper@usdoj.gov
Alaska Bar No. 8211109

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cv-061-RRB |
| | ) | |
| Plaintiff, | ) | **AFFIDAVIT OF COUNSEL IN** |
| | ) | **SUPPORT OF APPLICATION FOR** |
| v. | ) | **ENTRY OF DEFAULT** |
| | ) | |
| ONE SILVER 2001 CADILLAC | ) | |
| DEVILLE, VIN | ) | |
| 1G6KD54Y31U182882, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

STATE OF ALASKA       )
                     )ss.
THIRD JUDICIAL DISTRICT )

DANIEL R. COOPER, JR., being duly sworn under oath, deposes and states as follows:

1.      That I am an Assistant U.S. Attorney for the District of Alaska, duly authorized to act as an attorney for the plaintiff herein.

2.   That on March 23, 2006, Scott Dattan, counsel for Byron Williams, was personally served with a true and correct copy of the Verified Complaint for Forfeiture (docket 1) in this case via Certified U.S. Mail, Return Receipt Requested. Exhibit 1.

3.   That on March 23, 2006, Byron Williams was personally served with a true and correct copy of the Verified Complaint for Forfeiture in this case via Certified U.S. Mail, Return Receipt Requested. Exhibit 2.

4.   That on March 24, 2006, Connie Marie Soares was personally served with a true and correct copy of the Verified Complaint for Forfeiture in this case via Certified U.S. Mail, Return Receipt Requested. Exhibit 3.

5.   That on April 8, 2006, Scott Dattan, counsel for Byron Williams, was personally served with Notice of judicial forfeiture in this case via Certified U.S. Mail, Return Receipt Requested. Docket 14.

6.   That on April 8, 2006, Byron Williams was personally served with Notice of judicial forfeiture in this case via Certified U.S. Mail, Return Receipt Requested. Docket 10.

7.   That on April 8, 2006, Connie Marie Soares was personally served with Notice of judicial forfeiture in this case via Certified U.S. Mail, Return Receipt Requested. Docket 9.

8.   That notice of this judicial forfeiture action was published in the Anchorage Daily News on April 6, 13, and 20, 2006. Docket 17.

9.   That Connie Marie Soares filed an Answer to Complaint (docket 12) on May

1, 2006, and filed a Notice of Interest/Petition for Remission of Forfeiture (docket 15) on May 5, 2006.

10. That Connie Marie Soares and the United States filed a Stipulation to Withdrawal of Forfeiture Claim and Answer (docket 37) on September 5, 2007, and this Court entered its Order for Withdrawal of Soares' Forfeiture Claim and Answer on September 14, 2007 (docket 38).

11. That Byron Williams filed an Answer to Complaint for Forfeiture (docket 8) on April 5, 2006. However, Byron Williams never filed the required claim pursuant to 18 U.S.C. § 983(a)(4)(A) and Rule G(5)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rules").

12. That to the best of my information and knowledge, Byron Williams is not an infant or incompetent person, and not in the military service within the purview of the Soldiers' and Sailors' Relief Act of 1940, as amended.

13. That more than 30 days have elapsed since Byron Williams was personally served with the Verified Complaint for Forfeiture and the Notice of judicial forfeiture in this case, and no claim has been served or filed by Mr. Williams, as required by 18 U.S.C. § 983(a)(4)(A) and Rule G(5)(a) of the Supplemental Rules, and the time for doing so has now fully elapsed. Therefore, Mr. Williams is now in default.

14. That more than 30 days have elapsed since final publication of the Notice of judicial forfeiture in this case, and no claim or answer has been served or filed by any other

Case No. 3:06-cv-061-RRB

3

persons or entities claiming an interest in the defendant property as required by 18 U.S.C. § 983(a)(4) and Rule G(5) of the Supplemental Rules, and the time for doing so has now fully elapsed.

EXECUTED this 2 day of October, 2007, in Anchorage, Alaska.

    NELSON P. COHEN
    United States Attorney

    /s/ Daniel R. Cooper, Jr.
    DANIEL R. COOPER, JR.
    Assistant U.S. Attorney
    222 W. 7th Avenue, #9, Room 253
    Anchorage, AK 99513-7567
    Phone: (907) 271-3376
    Fax: (907) 271-3224
    Email: daniel.cooper@usdoj.gov
    Alaska Bar No. 8211109

SUBSCRIBED AND SWORN TO before me on this 2 day of October, 2007, in Anchorage, Alaska.

    /s/ Christine Belenski
    NOTARY PUBLIC, State of Alaska
    My commission expires: 9/21/11



## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Affidavit of Counsel was served this __ day of October, 2007, on the following and in the manner designated:

BYRON WILLIAMS (#15145-006)
FCI Herlong
Federal Correctional Institution
P.O. Box 800
Herlong, CA 96113          (served via Certified U.S. Mail, Return Receipt Requested)

D. SCOTT DATTAN, Counsel for Byron Williams
Law Office of D. Scott Dattan
2600 Denali Street, Suite 460
Anchorage, AK 99503          (served via U.S. Mail)

CONNIE MARIE SOARES-WASHINGTON
151 Sorcerer Court
Anchorage, AK 99518-3068   (served via Certified U.S. Mail, Return Receipt Requested)

*Katie Voke*
Office of the United States Attorney