DEBORAH M. SMITH
Acting United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-3224
daniel.cooper@usdoj.gov
Alaska Bar No. 8211109

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | Case No. |
| --- | --- | --- |
| Plaintiff, | ) ) ) | **VERIFIED COMPLAINT FOR FORFEITURE** |
| v. | ) ) | |
| ONE SILVER 2001 CADILLAC DEVILLE, VIN 1G6KD54Y31U182882, | ) ) ) ) | |
| Defendant. | ) | |

COMES NOW [obscured]

respectfully states as fol[obscured]

This is a civil act[obscured]

the United States of Ar[obscured]

Exhibit 1
Page 1 of 1 pages

[Overlay: USPS Domestic Return Receipt addressed to SCOTT D. DATTAN, Attorney At Law, 2600 Denali Street, Suite 460, Anchorage, AK 99503; Article Number 7005 1820 0000 1057 3928; Certified Mail, Return Receipt for Merchandise; signed by D. Scott Dattan, delivery date 3/23.]