Case 3:06-cv-00061-RRB   Document 1   Filed 03/21/2006   Page 1 of 8

DEBORAH M. SMITH
Acting United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-3224
daniel.cooper@usdoj.gov
Alaska Bar No. 8211109

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | Case No. |
| | ) | |
| Plaintiff, | ) | **VERIFIED COMPLAINT FOR** |
| | ) | **FORFEITURE** |
| v. | ) | |
| | ) | |
| ONE SILVER 2001 CADILLAC | ) | |
| DEVILLE, VIN | ) | |
| 1G6KD54Y31U182882, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW [obscured]

respectfully states as fol[obscured]

This is a civil acti[obscured] **BYRON WILLIAMS**
Anchorage Correctional Complex East
the United States of Ar[obscured] 1400 East 4th Avenue
Anchorage, AK 99501

Exhibit 2
Page 1 of 1 pages

[Domestic Return Receipt card overlay showing signature, delivery date 3/23/06, received by A Reed, certified mail, article number 7005 1820 0000 1057 3935, PS Form 3811, August 2001]