DEBORAH M. SMITH
Acting United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-3224
daniel.cooper@usdoj.gov
Alaska Bar No. 8211109

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | Case No. |
|---|---|---|
| Plaintiff, | ) | **VERIFIED COMPLAINT FOR FORFEITURE** |
| v. | ) | |
| ONE SILVER 2001 CADILLAC DEVILLE, VIN 1G6KD54Y31U182882, | ) | |
| Defendant. | ) | |

COMES NOW [...]

respectfully states as fol[lows]:

This is a civil act[ion...]

the United States of A[merica...]

Exhibit 3
Page 1 of 1 pages

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Connie Marie Soares–Washington
151 Sorcerer Court
Anchorage, AK 99518-3068

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☑ Agent ☐ Addressee
B. Received by (Printed Name): Connie M. Soares
C. Date of Delivery: 3/24
D. Is delivery address different from item 1? ☐ Yes / ☐ No
If YES, enter delivery address below:

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☑ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0000 1057 3942

PS Form 3811, August 2001   Domestic Return Receipt   102595-01-M-25