IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cv-061-RRB |
| | ) | |
| Plaintiff, | ) | **DEFAULT JUDGMENT** |
| | ) | |
| v. | ) | |
| | ) | |
| ONE SILVER 2001 CADILLAC DEVILLE, VIN 1G6KD54Y31U182882, | ) ) ) | |
| | ) | |
| Defendant. | ) ) | |

WHEREAS the Entry of Default was filed by this Court on December 3, 2007;

AND WHEREAS according to the record in this case and the Affidavit of Counsel for the plaintiff, Byron Williams has failed to plead or otherwise defend as required by the notice of this judicial forfeiture action and provided by the Federal Rules of Civil Procedure and the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

AND WHEREAS according to the record in this case and the Affidavit of Counsel for the plaintiff, no persons or entities have pled or otherwise defended in said action as required by said notice and provided by the Federal Rules of Civil Procedure and the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

IT IS THEREFORE ORDERED, on request of counsel for plaintiff, the DEFAULT JUDGMENT is hereby entered against Byron Williams and against all persons and entities

claiming an interest in the defendant property.

    DATED:_____

                                      _____
                                      HON. RALPH R. BEISTLINE
                                    United States District Court Judge