NELSON P. COHEN
United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-3224
Email: daniel.cooper@usdoj.gov
Alaska Bar No. 8211109

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 3:06-cv-061-RRB |
| ) | |
| Plaintiff, ) | **AFFIDAVIT OF COUNSEL** |
| ) | **IN SUPPORT OF MOTION FOR** |
| v. ) | **DEFAULT JUDGMENT** |
| ) | |
| ONE SILVER 2001 CADILLAC ) | |
| DEVILLE, VIN ) | |
| 1G6KD54Y31U182882, ) | |
| ) | |
| Defendant. ) | |

STATE OF ALASKA            )
                           )ss.
THIRD JUDICIAL DISTRICT    )

DANIEL R. COOPER, JR., being duly sworn under oath, deposes and states as follows:

1.  That I am an Assistant U.S. Attorney for the District of Alaska, duly authorized to act as an attorney for the plaintiff herein.

2.  Entry of Default was entered by the Court on December 3, 2007, as against Byron Williams[1] and all those persons and entities claiming an interest in the defendant property in this case for failure to plead, answer, and/or otherwise defend, as required by law.[2] Docket 41.

3.  No other verified claims or answers have been served or filed by any person or entity in this action, and therefore, the United States is entitled to judgment by default against all persons and entities claiming an interest in the defendant property. No person

/ / / /
/ / / /
/ / / /
/ / / /
/ / / /
/ / / /

---

[1] Mr. Williams filed an Answer (docket 8) on April 5, 2006, however, he never filed the required claim pursuant to 18 U.S.C. 983(a)(4)(A) and Rule G(5)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. Accordingly, this Court issued the Entry of Default as against Mr. Williams.

[2] Connie Marie Soares filed an Answer and Notice of Interest (dockets 12 and 15, respectively). However, Ms. Soares and the United States filed a Stipulation to Withdrawal of Forfeiture Claim and Answer (docket 37); and this Court entered its Order for Withdrawal of Soares' Forfeiture Claim and Answer (docket 38) on September 14, 2007.

having appeared in this action is an infant or an incompetent person.

EXECUTED this 21st day of December, 2007, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

_____
DANIEL R. COOPER, JR.
Assistant U.S. Attorney
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-3224
Email: daniel.cooper@usdoj.gov
Alaska Bar No. 8211109

SUBSCRIBED AND SWORN TO before me this 21st day of December, 2007.

_____
NOTARY PUBLIC, State of Alaska
My commission expires: With Office

**CERTIFICATE OF SERVICE**
I hereby certify that a true and correct copy of the foregoing
AFFIDAVIT OF COUNSEL was sent via U.S. Mail this
21st day of December, 2007, to:

BYRON WILLIAMS (#15145-006)
FCI Herlong
Federal Correctional Institution
P.O. Box 800
Herlong, CA 96113

CONNIE MARIE SOARES
151 Sorcerer Court
Anchorage, AK 99518-3068

_____
Office of the United States Attorney