NELSON P. COHEN
United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-3224
Email: daniel.cooper@usdoj.gov
Alaska Bar No. 8211109

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cv-061-RRB |
| | ) | |
| Plaintiff, | ) | **MOTION FOR DECREE OF** |
| | ) | **FORFEITURE** |
| v. | ) | |
| | ) | |
| ONE SILVER 2001 CADILLAC | ) | |
| DEVILLE, VIN | ) | |
| 1G6KD54Y31U182882, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW plaintiff United States of America, by and through counsel, pursuant to 21 U.S.C. § 881(a)(6) and Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and respectfully moves this Court for entry of a decree of forfeiture. Said motion is supported by the previously filed Verified Complaint for Forfeiture (Docket 1), *In Rem* Warrant of Arrest (Docket 6), Default Judgment (Docket 44), and the accompanying Declaration of Counsel. A proposed decree of forfeiture is submitted

herewith.

    DATED this 15th day of January, 2008, in Anchorage, Alaska.

    NELSON P. COHEN
    United States Attorney

    s/Daniel R. Cooper, Jr.
    DANIEL R. COOPER, JR.
    Assistant U.S. Attorney
    Federal Building & U.S. Courthouse
    222 W. 7th Avenue, #9, Room 253
    Anchorage, AK 99513-7567
    Phone: (907) 271-3376
    Fax: (907) 271-3224
    Email: daniel.cooper@usdoj.gov
    Alaska Bar No. 8211109

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a true and correct copy of the foregoing MOTION FOR DECREE OF FORFEITURE and proposed DECREE OF FORFEITURE were sent via U.S. Mail this 15th day of January, 2008, to:

BYRON WILLIAMS (#15145-006)
FCI Herlong
Federal Correctional Institution
P.O. Box 800
Herlong, CA 96113

CONNIE MARIE SOARES
151 Sorcerer Court
Anchorage, AK 99518-3068

s/Daniel R. Cooper, Jr.