NELSON P. COHEN
United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-3224
Email: daniel.cooper@usdoj.gov
Alaska Bar No. 8211109

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cv-061-RRB |
| | ) | |
| Plaintiff, | ) | **DECLARATION OF COUNSEL** |
| | ) | **IN SUPPORT OF MOTION FOR** |
| v. | ) | **DECREE OF FORFEITURE** |
| | ) | |
| ONE SILVER 2001 CADILLAC DEVILLE, VIN 1G6KD54Y31U182882, | ) ) ) | |
| | ) | |
| Defendant. | ) ) | |

     I, DANIEL R. COOPER, JR., am an Assistant United States Attorney and represent the plaintiff, the United States of America, in this action.

     1.     A Verified Complaint for Forfeiture was filed on March 21, 2006.  Docket 1. The Complaint alleges that the defendant property, described as ONE SILVER 2001 CADILLAC DEVILLE, VIN 1G6KD54Y31U182882 ("Defendant Vehicle"), constitutes a vehicle used, or intended for use, to transport, or in any manner to facilitate the

transportation, sale, receipt, possession, or concealment of controlled substances, for violations of 21 U.S.C. §§ 841, et seq., and is therefore subject to civil forfeiture pursuant to 21 U.S.C. § 881(a)(4), and which constitutes a thing of value furnished or intended to be furnished in exchange for a controlled substance in violation of 21 U.S.C. § 841, and proceeds traceable to such an exchange, and is therefore subject to civil forfeiture pursuant to 21 U.S.C. § 881(a)(6).

2.  An *In Rem* Warrant of Arrest was issued by the Court on March 24, 2006, providing that all persons interested in the Defendant Vehicle were required to file their verified statements with the Clerk of Court within 30 days of the earlier of receiving actual notice of execution of process or completed publication of notice, pursuant to former Rule C (now Rule G) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rules").  Also pursuant to the Supplemental Rules, persons claiming an interest in said property shall serve and file their answers within 20 days after the filing of the statement of interest with the Clerk of Court, United States District Court, with a copy thereof sent to the undersigned.  Docket 6.

3.  The Defendant Vehicle was served with a copy of the *In Rem* Warrant of Arrest on April 11, 2006.

4.  Notice of this action was published by the United States Marshals Service in the Anchorage Daily News on April 6, 13, and 20, 2006.  Docket 17.

5.  The United States Attorney's Office served the Verified Complaint of

Forfeiture on the following persons with a possible interest in the Defendant Vehicle: Scott Dattan (counsel for Byron Williams) on March 23, 2006 via Certified U.S. Mail, Return Receipt Requested; Byron Williams on March 23, 2006 via Certified U.S. Mail, Return Receipt Requested; and Connie Marie Soares on March 24, 2006 via Certified U.S. Mail, Return Receipt Requested.

6. The United States Marshals Service served written Notice of Judicial Forfeiture on the following persons with a possible interest in the Defendant Vehicle: Byron Williams on April 8, 2006 via Certified U.S. Mail, Return Receipt Requested (Docket 10); Connie Marie Soares on April 8, 2006 via Certified U.S. Mail, Return Receipt Requested (Docket 9); and Scott Dattan (counsel for Byron Williams) on April 8, 2006 via Certified U.S. Mail, Return Receipt Requested (Docket 14).

7. Connie Marie Soares filed an Answer to Complaint (Docket 12) on May 1, 2006, and filed a Notice of Interest/Petition for Remission of Forfeiture (Docket 15) on May 5, 2006.

8. Connie Marie Soares and the United States filed a Stipulation to Withdrawal of Forfeiture Claim and Answer (Docket 37) on September 5, 2007, and this Court entered its Order for Withdrawal of Soares' Forfeiture Claim and Answer on September 14, 2007 (Docket 38).

9. Byron Williams filed an Answer to Complaint for Forfeiture (Docket 8) on April 5, 2006. However, Byron Williams never filed the required claim pursuant to 18

U.S.C. § 983(a)(4)(A) and Rule G(5)(a) of the Supplemental Rules.

10. On December 3, 2007, the Entry of Default was issued by the Court as to Byron Williams and all those persons and entities claiming an interest in the Defendant Vehicle. Docket 41.

11. On January 15, 2008, the Court entered a Default Judgment in favor of the United States and against Byron Williams and all those persons and entities claiming an interest in the Defendant Vehicle. Docket 44.

12. Therefore, no claims or answers are of record in this action.

13. Declarant knows of no reason why a decree for the forfeiture of the Defendant Vehicle should not now be entered.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge.

EXECUTED this 15th day of January, 2008, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Daniel R. Cooper, Jr.
DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-3224
Email: daniel.cooper@usdoj.gov
Alaska Bar No. 8211109

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a true and correct copy of the foregoing DECLARATION OF COUNSEL was sent via U.S. Mail this 15th day of January, 2008, to:

BYRON WILLIAMS (#15145-006)
FCI Herlong
Federal Correctional Institution
P.O. Box 800
Herlong, CA 96113

CONNIE MARIE SOARES (#15469005)
Hiland Mountain Correctional Center
9101 Hesterberg Road
Eagle River, AK 99577

s/Daniel R. Cooper, Jr.