IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cv-061-RRB |
| | ) | |
| Plaintiff, | ) | **DECREE OF FORFEITURE** |
| v. | ) | |
| | ) | |
| ONE SILVER 2001 CADILLAC | ) | |
| DEVILLE, VIN | ) | |
| 1G6KD54Y31U182882, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On March 21, 2006, a Verified Complaint for Forfeiture against the defendant property was filed on behalf of the plaintiff, United States of America. The Complaint alleged that the defendant property, described as ONE SILVER 2001 CADILLAC DEVILLE, VIN 1G6KD54Y31U182882 ("Defendant Vehicle"), constitutes a vehicle used, or intended for use, to transport, or in any manner to facilitate the transportation, sale, receipt, possession, or concealment of controlled substances, for violations of 21 U.S.C. §§ 841, et seq., and is therefore subject to civil forfeiture pursuant to 21 U.S.C. § 881(a)(4), and which constitutes a thing of value furnished or intended to be furnished in exchange for a controlled substance in violation of 21 U.S.C. § 841, and proceeds traceable to such an exchange, and is therefore subject to civil forfeiture pursuant to 21 U.S.C. § 881(a)(6).

It appearing that process was fully issued in this action and returned according to law;

The Defendant Vehicle is now in the custody of the United States Marshals Service;

That on March 23, 2006, Scott Dattan (then-counsel for Byron Williams) was personally served with a copy of the Verified Complaint for Forfeiture via U.S. Certified

Mail, Return Receipt Requested;

That on March 23, 2006, Byron Williams was personally served with a copy of the Verified Complaint for Forfeiture via U.S. Certified Mail, Return Receipt Requested;

That on March 24, 2006, Connie Marie Soares was personally served with a copy of the Verified Complaint for Forfeiture via U.S. Certified Mail, Return Receipt Requested;

That on April 8, 2006, Byron Williams was personally served with Notice of Judicial Forfeiture via U.S. Certified Mail, Return Receipt Requested;

That on April 8, 2006, Connie Marie Soares was personally served with Notice of Judicial Forfeiture via U.S. Certified Mail, Return Receipt Requested;

That on April 8, 2006, Scott Dattan (then-counsel for Byron Williams) was personally served with Notice of Judicial Forfeiture via U.S. Certified Mail, Return Receipt Requested;

That notice of this action was published by the United States Marshals Service in the Anchorage Daily News on April 6, 13, and 20, 2006;

That on April 5, 2006, Byron Williams filed an Answer to Complaint for Forfeiture;

That on May 1, 2006, Connie Marie Soares filed an Answer to Complaint, and filed a Notice of Interest/Petition for Remission of Forfeiture on May 5, 2006;

That on September 5, 2007, Connie Marie Soares and the United States filed a Stipulation to Withdrawal of Forfeiture Claim and Answer;

That on September 14, 2007, the Court entered its Order for Withdrawal of Soares' Claim and Answer;

That on December 3, 2007, the Court issued its Entry of Default as to Byron

Williams[1] and all those persons and entities claiming an interest in the Defendant Vehicle;

That the time for filing has expired, and no claims or answers have been filed in this action;

That on January 15, 2008, the Court issued a Default Judgment in favor of the United States and against Byron Williams and all those persons and entities claiming an interest in the Defendant Vehicle in this case for failure to plead, answer, or otherwise defend, as required by law.

Now, therefore, on motion of the plaintiff, United States of America, for a decree of forfeiture, it is hereby

ORDERED, ADJUDGED AND DECREED that the Defendant Vehicle, ONE SILVER 2001 CADILLAC DEVILLE, VIN 1G6KD54Y31U182882, be forfeited to the United States of America, and no right, title, or interest in the property shall exist in any other party. The Defendant Vehicle shall be disposed of by the United States Marshals Service according to law.

DATED: 2/22/08

HON. RALPH R. BEISTLINE
United States District Court Judge

---

[1] Byron Williams failed to file the claim required by 18 U.S.C. § 983(a)(4)(A) and Supplemental Rule G(5)(a).